Jeremy Jay Woody Declaration

1.      This paper describes things that have happened to me personally. Everything in this paper happened to me. I know that I might be a witness in this case, and that I might be asked to explain these facts in person. If that happens, I will say the same things that are written in this paper.

2.      I am Deaf. My first language is American Sign Language. I can read and write English for simple things. For important things, I need an ASL interpreter.

3.      I am on probation. My probation officer visits me at my house two times a month.

4.      Before September 2019, my probation officer would stand outside my house and use VRS to call my phone to communicate with me. Since September 2019, she has stopped using VRS in this manner. She does not use VRS at all. She communicates with me by text (if we are not in the same place) or by gestures (when she is at my house).

5.      My probation officer has never used VRI during a home visit. She has never brought an in-person interpreter during a home visit. When she is at my home, she does not even text, she only gestures.

6.      The most recent home visit was December 17, 2019. My probation officer did not use an interpreter during this home visit. She did not use VRI or an in-person interpreter.  There was no communication at all.

7. There are important things I want to talk to my probation officer about, but I don't have any way to do so because she doesn't use an interpreter. For example, I would like to talk to her about resources to get a job. I would like to clarify the process for getting a job. In Clayton County and Henry County, the process was that I need to get permission from my probation officer to apply for a job. But I think that my current probation officer said I don't have to get permission to apply for a job. I would like to get clarification. But I cannot communicate with her. For another example, I would like to talk to my probation officer about moving and to get help finding a residence that is permitted and that is near the train station and near my counselor and AA meetings.

8. To give another example, on August 8, 2019, I gave my probation officer a $25 money order for a drug test, but then she never tested the sample. I think she is supposed to give me the $25 back because they never did the test. But I can't ask her about this because we can't communicate.

9. It is stressful and nerve-wracking when my probation officer comes to my house and we can't communicate. Usually the visits are very short, and the probation officer just looks around. But I know that if the probation officer thinks there is a problem then everything becomes very serious very fast. But if that happened, there would be no way for me to understand what is happening or to explain anything. I'm always thinking, "what if, what if."

10. In May 2019, my probation officer came for what I thought was a home visit. It turned out to be a very, very scary experience. Five probation officers came to my house. They did not bring an interpreter. The officers searched all over my room and looked at all of my things. They looked at the documents on my computer. They looked at the apps and pictures on my phone. I could not ask why this was happening. I was so scared. The officers talked to my roommate, who is not deaf. But that did not help: my roommate is not an interpreter. The officers gestured that I should unlock an app on my phone. But I could not remember the password. It is an app that I have never used. The probation officers took my phone. I think they took my phone because I could not open that app. This was very upsetting because my phone is how I communicate, it's my accessibility. The next day, the officers gave me my phone back but they made me call them on VRS to ask me about what was in my phone.

11. So I know that home visits are very serious, but I also know that I can't usually communicate during them. This makes me very scared.

12. In December 2019, my probation officer sent me a text. She asked me to download an app called Google Hangouts. She said that if I got Google Hangouts, she can search my room through a video connection on my phone, instead of coming in person. I asked her if there would be an interpreter if we used Google Hangouts. She said "No. We won't talk." But if there isn't an interpreter during a Google Hangout, I won't have any way to communicate, or explain things, or ask questions. I think hearing people

are allowed to ask questions when their probation officers visit or use Google Hangouts. That doesn't seem fair.

I promise that everything in this paper is true and correct. I know this is a serious paper. I know that I am signing this paper "under penalty of perjury." This means that if I lie, I could get a new criminal charge against me for lying. I promise that I am telling the truth.

Date:  December 24, 2019         Signature:  _____
                                              Jeremy Jay Woody