# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BRANDON COBB, et al., | |
| Plaintiffs, | CIVIL ACTION FILE NO: |
| v. | 1:19-cv-03285-WMR |
| GEORGIA DEPARTMENT OF COMMUNITY SUPERVISION, et al., | |
| Defendants. | |

## ORDER

This matter is before the Court on Defendant's Motion to Dismiss [Doc. 76] and Plaintiff's Motion for Class Certification [Doc. 53]. Upon due consideration of the parties' briefing and oral argument at the hearing on March 9, 2020, this Court finds and rules as follows:

The Court hereby **DENIES** Defendant's Motion to Dismiss [Doc. 76]. While the Court expresses doubt as to whether certain of the stated reasons or baseis of Plaintiff's claims have legal merit, it finds that other reasons or baseis in support of Plaintiff's claims are sufficient for the claims to survive Defendant's Motion to Dismiss. Any concerns with Plaintiff's claims will be more properly addressed at the summary judgment phase.

As to the pending Motion for Class Certification [Doc. 53], the Court will delay ruling on the merits of class certification at this time and hereby **ORDERS** the parties to engage in discovery related to the potential class.

Finally, the Court further **ORDERS** the parties to engage in mediation within sixty (60) days of the entering of this Order.

**IT IS SO ORDERED**, this 11th day of March, 2020.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE