UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **BRANDON COBB,** *et al.*, <br> Plaintiffs, v. <br><br> **GEORGIA DEPARTMENT OF COMMUUNITY SUPERVISION,** *et al.*, <br> Defendants. | No. 1:19-cv-03285-WMR <br><br> **CLASS ACTION** <br><br> **DECLARATION OF SUSAN MIZNER IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

I, Susan Mizner, declare:

1. I have personal knowledge of the matters set forth herein, except as to those matters which are alleged on information and belief; and as to those matters I believe them to be true. I could and would competently testify to all such matters, if called upon to do so.

2. The American Civil Liberties Union Foundation ("ACLU") Disability Rights Program, American Civil Liberties Union of Georgia, Arnold & Porter Kaye Scholer LLP, the National Association of the Deaf ("NAD"), and the Disability Rights Education and Defense Fund ("DREDF") jointly represent the plaintiffs and the putative class in this matter.

3. I am among the counsel of record for the plaintiffs and the putative class in this matter. I am a member of the California bar. I am admitted to the

Northern District of Georgia for this case *pro hac vice*. I graduated from Stanford Law School in 1992. I received a B.A. *cum laude* in Chemical Engineering and English from Yale University in 1983.

4. I am the director of the Disability Rights Program at the American Civil Liberties Union Foundation ("ACLU"). Founded in 1920, the ACLU is a nationwide, nonprofit nonpartisan organization of more than 1.5 million members dedicated to protecting the fundamental rights guaranteed by the Constitution and laws of the United States. Since its founding, the ACLU has been deeply involved in protecting the rights of detainees and prisoners.

5. I founded the ACLU Disability Rights Program in 2012 and I lead the ACLU's strategic plan for disability rights. The Disability Rights Program litigates cases, introduces and supports legislation, and coordinates with national and state ACLU offices on disability rights litigation and policy. The ACLU is devoted to protecting the civil liberties and civil rights of people with disabilities across the country. I have overseen numerous lawsuits to protect and enforce the rights of people with disabilities, including cases about voting access for blind and low-vision voters and cases about restraint and seclusion of children with disabilities in schools.

6. Before joining the ACLU, I served for 13 years at the San Francisco

Mayor's Office on Disability, first as Deputy Director and then for 9 years as Director.  As director of the Mayor's Office on Disability, I directed the city's ADA Self-Evaluation and Transition Plan and worked with the San Francisco Mayor, Board of Supervisors, community organizations, and local citizens on disability rights issues.  I conducted the first needs assessment on the needs of deaf and hard of hearing people in relation to city services.  Before that, I worked for seven years as the Coordinating Attorney at the Bar Association of San Francisco's Poverty and Disability Rights Project.

7. The ACLU Disability Rights Program, along with plaintiffs' counsel from ACLU of Georgia, NAD, Arnold & Porter Kaye Scholer LLP, and DREDF, have the necessary resources to zealously represent the interests of the class. Counsel have expended significant hours and resources investigating and identifying the claims in this matter. We have advanced the costs associated with the litigation to date and will continue to do so. We have expended many hours of time advancing this case and will continue to do so.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in San Francisco, California on February 9, 2022.

_____
Susan Mizner