UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **BRANDON COBB**, *et al.*, <br> Plaintiffs, v. <br><br> **GEORGIA DEPARTMENT OF COMMUUNITY SUPERVISION**, *et al.*, <br> Defendants. | No. 1:19-cv-03285-WMR <br><br> <u>**CLASS ACTION**</u> <br><br> **DECLARATION OF BRIAN DIMMICK IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

I, Brian Dimmick, declare:

    1.    I have personal knowledge of the matters set forth herein, except as to those matters which are alleged on information and belief; and as to those matters I believe them to be true. I could and would competently testify to all such matters, if called upon to do so.

    2.    The American Civil Liberties Union Foundation ("ACLU") Disability Rights Program, American Civil Liberties Union of Georgia, Arnold & Porter Kaye Scholer LLP, the National Association of the Deaf ("NAD"), and the Disability Rights Education and Defense Fund ("DREDF") jointly represent the plaintiffs and the putative class in this matter.

    3.    I am among the counsel of record for the plaintiffs and the putative class in this matter. I am a member of the District of Columbia bar. I graduated

from Stanford Law School in 2001.  I received a B.S. from Wake Forest University in 1997. I am admitted to the Northern District of Georgia for this case *pro hac vice*.

4. I am a Senior Staff Attorney at the American Civil Liberties Union Foundation ("ACLU") Disability Rights Program.  Founded in 1920, the ACLU is a nationwide, nonprofit nonpartisan organization of more than 1.5 million members dedicated to protecting the fundamental rights guaranteed by the Constitution and laws of the United States. Since its founding, the ACLU has been deeply involved in protecting the rights of detainees and prisoners.

5. I have been a Senior Staff Attorney with the ACLU since June of 2020.  Prior to joining the ACLU, I worked as a General Attorney on the Disability Rights Team of the Program Legal Group of the U. S. Department of Education's Office for Civil Rights for five years.  In this position I dealt with numerous legal and policy issues in disability and education under Title II of the Americans with Disabilities Act and section 504 of the Rehabilitation Act.  Prior to taking this position, I worked for 11 years with the American Diabetes Association, first as a staff attorney and then as the director of litigation.  In these positions I conducted litigation challenging discrimination against people with diabetes in employment, education and other areas.  Prior to that, I worked at Disability Rights Advocates,

where I also participated in litigation challenging disability discrimination. I have given presentations on disability discrimination law for the Practising Law Institute, the National Federation of the Blind, the American Diabetes Association, and other groups, and I am a member of the board of the Disability Rights Bar Association.

6. I work with two ACLU attorneys in this case, Zoe Brennan-Krohn, and West Resendes and one consulting attorney, Talila ("TL") Lewis.

7. Ms. Brennan-Krohn is a staff attorney at the ACLU Disability Rights Program. She has worked at the ACLU for five years. She is admitted to the state bar of California. She is admitted to the Northern District of Georgia for this case *pro hac vice*.

8. Ms. Brennan-Krohn earned her J.D. *cum laude* from Harvard Law School in 2015. She served as a judicial law clerk to the Honorable Judith W. Rogers of the U.S. Court of Appeals for the District of Columbia Circuit from 2016 to 2017. From 2012-2013, Ms. Brennan-Krohn served as a law clerk for President Theodor Meron at the International Criminal Tribunal for the Former Yugoslavia in The Hague, Netherlands.

9. Ms. Brennan-Krohn is a lead attorney on *Harris v. Georgia Department of Corrections*, Case No. 5:18-cv-365-TES, a class action case

representing deaf and hard of hearing people in the custody of the Georgia Department of Corrections, and has represented people with disabilities in other cases across the country.

10. Mr. Resendes is a legal fellow at the ACLU Disability Rights Program. He has worked at the ACLU for more than two years. He is admitted to the state bar of Massachusetts. He is admitted to the Northern District of Georgia for this case *pro hac vice*.

11. Mr. Resendes earned his J.D. from Yale Law School in 2019, and his A.B. from Harvard College in 2012. He is a deaf attorney who uses American Sign Language and has personally dealt with legal issues concerning deaf and hard of hearing people throughout his lifetime. While at Yale, Mr. Resendes was a member of the Veterans Legal Services Clinic where he worked on a nationwide class action lawsuit seeking relief for less-than-honorably discharged veterans from the Iraq and Afghanistan era with psychiatric disabilities.

12. TL Lewis received their J.D. from American University Washington College of Law in 2014, and their B.A. from American University in 2007. Lewis is admitted to the state bar of Maryland and is admitted to the Northern District of Georgia for this case *pro hac vice*. Lewis is fluent in sign language.

13. More than ten years ago, Lewis co-founded Helping Educate to

Advance the Rights of Deaf communities (HEARD), a volunteer-dependent nonprofit organization that works to correct and prevent deaf wrongful convictions; end abuse of incarcerated people with disabilities; decrease recidivism for deaf and returning individuals; and increase representation of deaf people in professions that can combat mass incarceration. Lewis continues to serve as HEARD's volunteer director. Lewis has served as the Givelber Public Interest Lecturer at Northeastern University School of Law and as a visiting professor at Rochester Institute of Technology/ National Technical Institute for the Deaf. Lewis consults with social justice organizations on various topics including racial, economic, gender, and disability justice, and on cases involving deaf/disabled people.  Lewis has been recognized as a 2015 White House Champion of Change and one of Pacific Standard Magazine's Top 30 Thinkers Under 30, and has received awards from the American Bar Association, the American Association for People with Disabilities, National Black Deaf Advocates, and others.

  14. The ACLU Disability Rights Program, along with plaintiffs' counsel from ACLU of Georgia, NAD, Arnold & Porter Kaye Scholer LLP, and DREDF, have the necessary resources to zealously represent the interests of the class. Counsel have expended significant hours and resources investigating and identifying the claims in this matter. They have advanced the costs associated with

-6-

the litigation to date and will continue to do so. They have expended many hours of time advancing this case and will continue to do so.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in Washington, District of Columbia on February 9, 2022.

*Brian L Dimmick*
Brian L Dimmick