UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRANDON COBB, MARY HILL, and JOSEPH NETTLES, , on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>GEORGIA DEPARTMENT OF COMMUNITY SUPERVISION, and MICHAEL NAIL, in his official capacity as Commissioner of the Georgia Department of Community Supervision,<br><br>*Defendants.* | Civil Action No. 1:19-cv-03285-WMR<br><br>CLASS ACTION<br><br>DECLARATION OF CLAUDIA CENTER IN SUPPORT OF MOTION FOR CLASS CERTIFICATION |

I, Claudia Center, declare:

1. I have personal knowledge of the matters set forth herein, except as to those matters which are alleged on information and belief; and as to those matters I believe them to be true. I could and would competently testify to all such matters, if called upon to do so.

2. The American Civil Liberties Union Foundation (ACLU) Disability Rights Program, American Civil Liberties Union of Georgia (ACLU of Georgia),

Arnold & Porter Kaye Scholer LLP (Arnold & Porter), the National Association of the Deaf (NAD), and Disability Rights Education & Defense Fund (DREDF) jointly represent the plaintiffs and the putative class in this matter.

3. I am among the counsel of record for the plaintiffs and the putative class in this matter. I am a member of the California bar. I graduated from Berkeley Law in December 1991. I received a B.A. from Wesleyan University in 1987. I am admitted to the Northern District of Georgia for this case pro hac vice.

4. I am the Legal Director for DREDF and have served in this position since February of 2020. Prior to joining DREDF, I served as a Senior Staff Attorney at the American Civil Liberties Union Foundation ("ACLU") Disability Rights Program for six years. Prior to joining the ACLU, I worked at the Legal Aid Society – Employment Law Center for 19 years, where I directed the disability rights program.

5. I have represented plaintiffs in disability rights, including complex class actions, for more than 25 years. Representative cases include: *U.S. Airways v. Barnett*, 535 U.S. 391 (2002); *Goldman v. Standard Insurance Company*, 341 F.3d 1023 (9th Cir. 2003); *Nunes v. Wal-Mart Stores*, 164 F.3d 1243 (9th Cir. 1999); *Eason v. New York State*, No. 16-CV-4292 (KBF) (S.D.N.Y., settlement reached 2019); *S.R. v. Kenton Cty.*, 2:15-cv-00143 (E.D. Ky., settlement reached 2018);

*Dep't of Fair Employment & Hous. v. Law Sch. Admission Council Inc.*, No. 12-CV-01830-JCS (N.D. Cal., settlement reached 2014) (counsel for individual intervenors); *Ortiz v. Home Depot*, 5:09-cv-03485-LH (N.D. Cal., settlement approved 2012); *McMillan v. State of Hawaii*, Case No. CV 08 00578 JMS LEK (D. Haw., settlement approved 2011); *Cookson v. NUMMI*, C10-02931 (N.D. Cal., settlement approved 2011); *Siddiqi v. Regents of the Univ. of California*, No. C 99-0790 SI (N.D. Cal., settlement approved 2002); *Student A. et al. v. Berkeley Unified School District*, No. 17-cv-02510-JST (N.D. Cal.) (settlement approved 2021). I have also served as amicus counsel in cases of importance to people with disabilities, including in cases about the intersection of disability and employment, education, high-stakes testing, professional licensing, incarceration, policing, the judiciary, decision-making, parenting, and voting.

6. In 2009, I received the Paul G. Hearne Award for Disability Rights from the American Bar Association Commission on Disability Rights. I have served as an adjunct professor of disability rights at the University of California Hastings College of the Law and at Berkeley Law School. I have written articles and given trainings about disability rights on many occasions. I believe that I am qualified to represent the class proposed in this action.

7.      The ACLU Disability Rights Program, the ACLU of Georgia, NAD, Arnold & Porter Kaye Scholer LLP, and DREDF have the necessary resources to zealously represent the interests of the class. Counsel have expended significant hours and resources investigating and identifying the claims in this matter. They have advanced the costs associated with the litigation to date and will continue to do so. They have expended many hours of time advancing this case and will continue to do so.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in San Francisco, California on February 4, 2022.

*/s/ Claudia Center*

Claudia Center