# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **BRANDON COBB,** *et al.*, <br> Plaintiffs, v. <br><br> **GEORGIA DEPARTMENT OF COMMUUNITY SUPERVISION,** *et al.*, <br> Defendants. | No. 1:19-cv-03285-WMR <br><br> **CLASS ACTION** <br><br> **DECLARATION OF IAN S. HOFFMAN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

I, Ian S. Hoffman, declare:

1.  I have personal knowledge of the matters set forth herein, except as to those matters which are alleged on information and belief; and as to those matters I believe them to be true. I could and would competently testify to all such matters, if called upon to do so.

2.  I am admitted *pro hac vice* to practice before this Court and am a partner at the law firm Arnold & Porter Kaye Scholer LLP ("Arnold & Porter").

3.  I am licensed to practice law in the District of Columbia and the Commonwealth of Virginia. In the federal system, I am admitted in eight U.S. Circuit Courts and three federal district courts.

4.  Arnold & Porter as pro bono counsel, the American Civil Liberties Union Foundation ("ACLU") Disability Rights Program, the American Civil

1

Liberties Union of Georgia (the "ACLU of Georgia"), the National Association of the Deaf (the "NAD"), and the Disability Rights Education & Defense Fund ("DREDF") jointly represent plaintiffs Brandon Cobb, Mary Hill, and Joseph Nettles (collectively, "Plaintiffs") in the above-referenced action.

5.I submit this declaration in support of Plaintiffs' motion for class certification.

A.**Professional Qualifications**

6.I graduated from William & Mary Law School in 2007. Prior to joining Arnold & Porter, I served as a law clerk to the Honorable Claude M. Hilton, Senior Judge for the United States District Court for the Eastern District of Virginia (Alexandria Division). I have worked at Arnold & Porter since 2008, where I have practiced complex commercial litigation.

7.I have served as lead counsel in several lawsuits filed on behalf of deaf individuals seeking to vindicate their statutory and constitutional rights.

8.In *National Association of the Deaf v. Trump*, I represented the NAD and several deaf individuals in pursuing statutory and constitutional claims stemming from the White House's refusal provide American Sign Language Interpreters for COVID-19 briefings. The court granted a preliminary injunction in favor of plaintiffs, ordering the White House to provide ASL interpreters for all

2

public briefings related to the COVID-19 pandemic, with the court finding the lack of access to health information put deaf persons at risk and that closed captions were not adequate. *See* 486 F. Supp. 3d 45 (D.D.C. 2020).

9. In *Yelapi v. DeSantis*, No. 4:20-cv-351 (N.D. Fla.) (ongoing), I represent Disability Rights Florida and several deaf individuals in pursuing ADA and Rehabilitation Act claims stemming from Governor DeSantis's refusal to provide American Sign Language Interpreters for briefings regarding COVID-19 and hurricanes.

10. In *Heyer v. United States Bureau of Prisons,* 984 F.3d 347 (4th Cir. 2021), I successfully pursued constitutional and statutory claims against the United States Bureau of Prisons (the "BOP") based on the BOP's failure to provide a deaf inmate with American Sign Language interpreters and other accommodations needed to allow Mr. Heyer to communicate with family and friends outside of prison. Following trial and appeal, the Fourth Circuit ruled in favor of Mr. Heyer and recognized—for the first time—a deaf inmate's First Amendment right to use a videophone to communicate with other deaf individuals outside the prison walls using American Sign Language. *See also Heyer v. United States Bureau of Prisons,* 849 F.3d 202, 205 (4th Cir. 2017) (reversing district court's earlier grant of summary judgment in favor of BOP and remanding for trial).

11. Other lawyers with Arnold & Porter have also represented deaf and hard of hearing individuals in other civil rights cases. *See, e.g.*, *Ihetu et al. v. City of New York et al.*, 1:13-cv-01732 (E.D.N.Y.).

12. In my commercial practice, I regularly work on large, complex cases, including putative class actions. *See, e.g.*, *In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigation*, 1:13-mc-01288-RCL (D. D.C. Feb. 1, 2018); *Chao v. Aurora Loan Servs., LLC*, 2015 WL 294823, at *1 (N.D. Cal. Jan. 21, 2015).

13. I believe that I am qualified to represent the class proposed in this action.

**B. Plaintiffs' Counsel Have Committed and Will Commit Significant and Coordinated Resources to Represent the Class**

14. The Arnold & Porter team includes Stephanna F. Szotkowski and Kathryn Geoffroy in Chicago, and Tyler Fink in New York. These lawyers have committed to support the case, and I believe their work will further ensure the adequacy of the representation.

15. Other co-counsel in this case for Plaintiffs bring experiences and skills that are complimentary to those of Arnold & Porter. The ACLU Disability Rights Program, the ACLU of Georgia, NAD, and DREDF offer great depth of experience

in civil rights, disability rights, federal litigation, and class actions generally, as well as extensive experience in federal litigation with an emphasis on the barriers facing deaf and hard of hearing individuals.

16. Arnold & Porter, along with plaintiffs' counsel from the ACLU Disability Rights Program, the ACLU of Georgia, NAD, and DREDF have the necessary resources to zealously represent the interests of the class. Counsel have expended significant hours and resources investigating and identifying the claims in this matter. They have advanced the costs associated with the litigation to date and will continue to do so. They have expended many hours of time advancing this case and will continue to do so.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in Washington, D.C. on February 9, 2022.

_____
Ian S. Hoffman