UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **BRANDON COBB,** *et al.*, Plaintiffs, v.<br><br>**GEORGIA DEPARTMENT OF COMMUUNITY SUPERVISION,** *et al.*, Defendants. | No. 1:19-cv-03285-WMR<br><br>**<u>CLASS ACTION</u>**<br><br>**DECLARATION OF STEPHANNA F. SZOTKOWSKI** |

I, Stephanna F. Szotkowski, declare:

1. I am admitted *pro hac vice* to practice before this Court and am associated with the law firm Arnold & Porter Kaye Scholer LLP ("Arnold & Porter").

2. Arnold & Porter as pro bono counsel and the American Civil Liberties Union Foundation Disability Rights Program, the American Civil Liberties Union of Georgia, the National Association of the Deaf, and the Disability Rights Education & Defense Fund jointly represent plaintiffs Brandon Cobb, Mary Hill and Joseph Nettles (collectively, "Plaintiffs") in the above-referenced action.

3. I respectfully submit this declaration in support of Plaintiffs' motion for class certification.

4. Attached hereto as Exhibit A is a true and correct copy of excerpts of the deposition of Darrell Smith, dated January 14, 2021.

1

5. Attached hereto as Exhibit B is a true and correct copy of a Georgia Department of Community Supervision ("DCS") spreadsheet of deaf and hard of hearing individuals subject to DCS supervision, dated April 5, 2021. (**Filed Under Seal**)

6. Attached hereto as Exhibit C is a true and correct copy of excerpts of the deposition of Shannon Hilliard, dated August 6, 2021.

7. Attached hereto as Exhibit D is a true and correct copy of the Americans with Disabilities Act, Title II, DCS Policy & Procedure Statement, dated June 1, 2021.

8. Attached hereto as Exhibit E is a true and correct copy of the DCS, ADA Reasonable Accommodation Request Form 2.

9. Attached hereto as Exhibit F is a true and correct copy of excerpts of the deposition of Judy A. Shepard-Kegl, dated December 17, 2020.

10. Attached hereto as Exhibit G is a true and correct copy of excerpts of the deposition of Erin Moriarty Harrelson, dated May 18, 2021.

11. Attached hereto as Exhibit H is a true and correct copy of excerpts of the deposition of William Driver, dated January 12, 2021.

12. Attached hereto as Exhibit I is a true and correct copy of a DCS email dated April 28, 2020. (**Filed Under Seal**)

13. Attached hereto as Exhibit J is a true and correct copy of the Expert Report of Judy Shephard-Kegl and Amy June Rowley, dated August 11, 2020.

14. Attached hereto as Exhibit K is a true and correct copy of the BodyCam video of Ashley Barnett, dated March 8, 2018.  **(Filed Under Seal)**

15. Attached hereto as Exhibit L is a true and correct copy of the Expert Analysis of Communication in Post-Carceral Settings by Dr. Erin Moriarty Harrelson, dated November 2, 2020.

16. Attached hereto as Exhibit M is a true and correct copy of the BodyCam video of Courtney Phillips, dated March 20, 2019.  **(Filed Under Seal)**

17. Attached hereto as Exhibit N is a true and correct copy of the BodyCam video of Steven Miller, dated November 7, 2019.  **(Filed Under Seal)**

18. Attached hereto as Exhibit O is a true and correct copy of the Supplementary Declaration of Brandon Cobb, dated September 13, 2021.

19. Attached hereto as Exhibit P is a true and correct copy of the Supplementary Declaration of Joseph Nettles, dated June 17, 2021.

20. Attached hereto as Exhibit Q is a true and correct copy of excerpts of the deposition of Joseph Nettles, dated April 21, 2021.

21. Attached hereto as Exhibit R is a true and correct copy of excerpts of the deposition of Mary Ann Hill, dated August 10, 2021.

22. Attached hereto as Exhibit S is a true and correct copy of the BodyCam video of Kathy Bullock, dated May 6, 2020.  **(Filed Under Seal)**

23. Attached hereto as Exhibit T is a true and correct copy of the BodyCam video of Brian Boozer, dated March 3, 2020.  **(Filed Under Seal)**

24. Attached hereto as Exhibit U is a true and correct copy of emails, dated June 30, 2020.  **(Filed Under Seal)**

25. Attached hereto as Exhibit V is a true and correct copy of the excerpts of the deposition of Judy A. Shepard-Kegl, dated August 11, 2021.

26. Attached hereto as Exhibit W is a true and correct copy of the excerpts of the deposition of Darrell E. Smith, dated February 21, 2020.

27. Attached hereto as Exhibit X is a true and correct copy of excerpts of the deposition of Brandon Cobb, dated April 26, 2021.

28. Attached hereto as Exhibit Y is a true and correct copy of an Addendum to Expert Report of Drs. Judy Shephard-Kegl and Amy June Rowley, dated September 14, 2020.

29. Attached hereto as Exhibit Z is a true and correct copy of excerpts of the deposition of Joseph Nettles, dated May 25, 2021.

30. Attached hereto as Exhibit AA is a true and correct copy of excerpts of the deposition of Mary Ann Hill, dated August 13, 2021.

31. Attached hereto as Exhibit BB is a true and correct copy of excerpts of the deposition of Adam Roper, dated August 5, 2021.

32. Attached hereto as Exhibit CC is a true and correct copy of the Testing Form of Mary Ann Hill, dated October 26, 2020.  **(Filed Under Seal)**

33. Attached hereto as Exhibit DD is a true and correct copy of the Consent Order, dated November 3, 2020.  **(Filed Under Seal)**

34. Attached hereto as Exhibit EE is a true and correct copy of the BodyCam video of Ashley Barnett, dated December 3, 2019.  **(Filed Under Seal)**

35. Attached hereto as Exhibit FF is a true and correct copy of excerpts of the deposition of Edward L. Dowdell, dated February 13, 2020.

36. Attached hereto as Exhibit GG is a true and correct copy of the Petition for Modification of Sentence of Ernest Wilson, dated August 27, 2019.  **(Filed Under Seal)**

37. Attached hereto as Exhibit HH is a true and correct copy of the BodyCam video of Brittany Willis, dated December 27, 2018.  **(Filed Under Seal)**

38. Attached hereto as Exhibit II is a true and correct copy of the BodyCam video of Kathy Bullock, dated October 21, 2019.  **(Filed Under Seal)**

39. Attached hereto as Exhibit JJ is a true and correct copy of the BodyCam video of Gabriel Cohen, dated January 27, 2020.  **(Filed Under Seal)**

40. Attached hereto as Exhibit KK is a true and correct copy of the BodyCam video of Jeffrey Wilson, dated February 21, 2018. **(Filed Under Seal)**

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in Chicago, Illinois on February 9, 2022.

/s/ *Stephanna F. Szotkowski*
Stephanna F. Szotkowski