# Exhibit E



**DEPARTMENT OF COMMUNITY SUPERVISION**
**ADA Reasonable Accommodations Request Form**
FIELD OPERATIONS FORM 2

| Request | |
|---|---|
| **Offender Name:** | |
| **Offender Date of Birth:** | |
| **Date:** | |
| **What is the disability or impairment that requires an accommodation?** | |
| **What does this disability or impairment prevent you from doing?** | |
| **What accommodations do you think you need?** | |
| **How will the accommodation allow you to perform the above task?** | |
| **Offender Signature** | |
| **Response** | |
| ☐ **Approved as Requested**    ☐ **Modified** (Explain below)    ☐ **Denied** (Explain below) | |
| | |
| **Staff Signature** | |
| **Date Received:** | |
| **Statewide ADA Coordinator review:** | Agree with Accommodation or Denial   ☐ Yes    ☐ No |
| **Comments** | |
| **Date:** | |

DCS D-002136