# Exhibit O

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRANDON COBB, et al., etc.,<br><br>　Plaintiffs,<br><br>　　　　　　v.<br><br>GEORGIA DEPARTMENT OF COMMUNITY SUPERVISION, et al., etc.,<br><br>　Defendants. | CIVIL ACTION NO.<br>1:19-cv-03285-WMR |

**SUPPLEMENTARY DECLARATION OF BRANDON COBB IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

1.　This paper describes things that have happened to me personally. Everything in this paper happened to me. I promise that everything written here is true and correct. In some places, I say that I believe something is true. That means that I believe that fact is true, but I cannot promise that it is true. I know that I might be a witness in this case, and that I might be asked to explain these facts in person. If this happens, I will say the same things that are written in this paper.

2.　I signed a paper like this, called a "declaration" on July 1, 2019. Everything in that paper was true when I signed it. This paper adds more information.

3.　I am Deaf. When I was born, I could hear. But when I was a toddler, I got very sick. My illness caused me to lose my hearing.

4.　My only language is American Sign Language ("ASL"). ASL is a totally different language than English. English is not my language. I can read and write some very basic words in English, but my understanding is very limited. I cannot understand lip-reading.

5.	I need to have at least two interpreters—one hearing interpreter and one Deaf interpreter—when I talk with hearing people, especially when we are talking about important information. These two interpreters work together as a team to help me communicate clearly. I understand best when I have a team of hearing and Deaf interpreters.

6.	I was in prison in Georgia from June 4, 2014 until April 1, 2019. Now I am on parole. I believe that I will be on parole until April 1, 2022. After my parole term ends, I believe that I will be on probation until 2033.

7.	While I was in prison, I had several different counselors. None of my counselors knew ASL. For most of my time in prison, my counselors could not communicate with me at all. During that time, I felt like my language skills and health deteriorated. I was so isolated.

8.	During my last year in prison, my counselors sometimes tried to communicate with me using Video Remote Interpreting (VRI). But there were a lot of problems with VRI. Often, the internet connection was very bad, and so the video screen was very fuzzy and choppy. Sometimes the video screen would freeze. Because of these technical issues, I had to repeat myself many times before my counselor could understand me. Using VRI when the connection was bad made me feel frustrated and unsettled. I didn't feel like I was an equal participant in the conversation. Also, VRI does not provide Deaf interpreters. So, even when the VRI was working well, I could not fully understand and communicate clearly with my counselor because the communication is too English-based. I have the same issue when I am not provided a Deaf interpreter in other situations, such as relay, VP, and in-person. It is very frustrating to not have full and equal communication access.

9.	On Thursday, March 28, 2019, I met with my counselor at the prison. My counselor used VRI to tell me that I would be released from prison four days later, on Monday,

April 1, 2019. My counselor also told me that I must report to the Douglas County Department of Community Supervision parole office on Tuesday, April 2, 2019. I had a lot of questions. I wanted to understand all of the rules so that I would not be sent back to prison. But the VRI was not working well. The screen was pixelated, choppy, and kept freezing. I knew that my counselor was telling me important information, but leaving that meeting, I did not know what the rules of probation would be. I could not ask any of my questions that I had because I did not have access to ask any of those questions.

10. This meeting on March 28 was the first time that I learned my release date. I was happy that I was getting out of prison, but I was shocked that the prison did not tell me I was getting out until just a few days before my release. I think the prison is supposed to help people before they are released. For example, I think the prison is supposed to help people find a place to live, find a job, and restart Social Security benefits. And I understand that the prison does help hearing people with these things. But the prison did not help me with any of these things. Because I only had four days to prepare for my release, I did not have time to make any plans. I did not have time to find a job. I did not have time to look into signing up for benefits or assistance. I did not have time to look into how to get my driver's license reinstated so I would have a reliable form of transportation. I did not have time to find my own place to live. When I was released, I went to live with my mom in Douglas County, Georgia, where I still live. I did not have the opportunity to be an independent person.

11. On Tuesday, April 2, 2019, I went to the Department of Community Supervision parole office in Douglas County. Since my mom had to go to work, my sister came to the parole office with me because I needed a ride to the parole office and to offer support. Inside the parole office, there is a waiting room and a front desk. There were many other people in the waiting

room as well. There was no ASL interpreter present, so I was not sure what I was supposed to do. I tried to figure out what to do by watching the other people there. My sister went to the front desk to sign me in. I believe my sister told the person working at the front desk that I am Deaf.

12. The person working at the front desk gave my sister a big packet of documents written in English. There was no ASL interpreter to interpret the documents for me. I believe that the documents listed the rules that I am supposed to follow while I am on parole. But the documents were in English so I could not read them. My sister tried to explain what the documents said to me. But my sister does not know ASL. She tried to explain the documents by writing notes to me. But I did not understand my sister's notes because I cannot read English.

13. My sister pointed and gestured to explain that I should sign the documents. I did not want to sign the documents because I did not know what they said. But I was afraid that if I did not sign the documents, I would not be allowed to leave the parole office and I would be sent back to prison. I could have refused to sign the documents, but I did not feel like I had the choice. I felt like I had to sign. So, I signed the documents even though I did not understand them.

14. After I signed the documents, my sister brought the packet to the front desk. Then, my parole officer came out to the waiting room. My parole officer did not bring an ASL interpreter. My parole officer did not try to communicate with me. She only spoke to my sister. My sister does not know ASL, so she could not tell me what my parole officer was saying. I still don't know what my parole officer said to my sister. No one else was meeting with their parole officer in the waiting room. I think they were meeting with their parole officers in private rooms. I did not have any privacy.

15. It was wrong for the parole officer to communicate only with my sister. My sister does not know ASL and so she could not interpret. Even if my sister knew ASL, I think it is wrong for the parole office to expect my sister to interpret for me. My parole office should provide interpreters itself. I need interpreters so that I can communicate in my language and participate as an equal in conversations with my parole officer. I am an adult and I should be having these conversations myself. I do not want my sister to know more about my parole rules than I do.

16. I was very surprised that there was no interpreter present on April 2. The parole office should have known that I was required to report to them on April 2, and they should have known that I am Deaf.

17. Since there was no ASL interpreter at the meeting with my parole officer on April 2, when I left the parole office I did not understand any of the rules that I am supposed to follow while I am on parole. I remember initially receiving paperwork about probation in court when I received my sentence. The judge ordered me to go on probation in Clayton County after my release. I do not remember if the interpreter interpreted any of the paperwork, but I think it was mostly about registration and where the parole office was. I have a limited memory of this experience because being in jail for so long affects what I am able to remember. I want to follow all of the rules of parole so that I will never have to go back to prison. But I was very scared that I might accidentally break a rule that was not provided to me in my language My next meeting at the parole office was on May 16, 2019. Before this meeting, I think that my lawyer called the parole office and told them that I need an interpreter. This time, there was an ASL interpreter present. I met with my parole officer and the interpreter in a private room.

18. During the May 16 meeting, the interpreter interpreted some documents that listed the rules that I am supposed to follow while I am on parole. With the interpreter, I could better understand the rules that I am supposed to follow while I am on parole. But, I still do not understand all of the rules because there was only one—hearing—interpreter present at the meeting. The interpreter used signing that was too English-based for me to understand. I could tell that the interpreter was not confident in the translations because they had a look of uncertainty in their body language and facial expressions. This became really frustrating for me because I had to keep repeating myself so they would clearly understand me. I need a hearing interpreter and a Deaf interpreter working as a team to fully communicate and understand. Deaf interpreters take time to correct and make sure I understand so that the communication is as clear as possible.

19. Once the interpreter finished interpreting, I signed the documents. My parole officer kept the documents that I signed and did not give me a copy. I think that the documents I signed on May 16 were the same as some of the documents that I signed on April 2, but I am not sure. I think that I signed some documents on April 2 that have never been interpreted for me.

20. During the May 16 meeting, my parole officer said that she might visit me at my home. I said that she can visit my home, but she will need to bring an interpreter. My parole officer said that she would ask her boss about bringing an interpreter with her when she visits me at home. But my parole officer did not promise me that she would bring an interpreter if she visits my house. But I was afraid that she would visit my home without interpreters. If my parole officer visits my home without interpreters, I would be scared because there would be no way for me to communicate with her or ask her questions. I am afraid that if there is a miscommunication

and the parole officer thinks that I did something wrong, I will not be able to tell my side of the story.

21. My next meeting at the parole office was on June 6, 2019. There was one hearing ASL interpreter present, but there was no Deaf interpreter. I remember that they told me about that appointment, and I remember asking for an interpreter. It was a really stressful time for me, as I was doing everything on my own without any help with my parole officer.

22. My next meeting at the parole office was on November 7, 2019. I communicated with the parole officer using VRI on their phone. I was asked a few questions, including some about my pay stubs, which I answered. It's hard to know when VRI will be good or bad, but that day the connection was decent and the interpreter was pretty good. It was a very short meeting.

23. At some point, my parole officer told me that I had to start making monthly calls to an automated number. I don't remember exactly when I had to start making these calls, but I have to make them on the 8th of each month. I use my video phone to make the calls, and after I enter my ID and PIN, I have to answer the same 4 questions each time – I simply sign out my answers to the interpreter on the video phone.

24. My next meeting was in August 2020. We used VRI but I don't remember the specifics of the meeting. I remember that there were many problems with the video connection on the VRI.

25. My next meeting that I can remember was on November 20, 2020. The officer attempted to connect to VRI but struggled to connect as there was a spinning circle showing that the VRI was not ready to work. I think this was because of a lack of availability of interpreters and a poor internet connection. The connection on VRI was very choppy. In my opinion, if the officer is just coming around the house to check-in, VRI is fine for me because they ask the same

routine questions over and over again. VRI works for these simple check-ins for me. For any meetings that are more serious or in the parole office, I need a Deaf and hearing interpreter team.

26. On March 8, 2021, the parole officer showed up at my home at about 8:30 a.m. I was asleep when the officer arrived and my brother was just waking up. I went outside to greet the officer who used their iPhone to connect to VRI. It took two times to connect, but I finally connected to an interpreter after a few minutes. The connection was not good, and it was difficult to see the interpreter because the image was not clear or crisp. I had to ask the interpreter to repeat themselves because of the technical issues, which made the meeting a bit of a mess. I explained to the officer that I had a lot of pain because of a recent dental surgery and the officer said they were just visiting to check in and then left. Using VRI on a cellphone sized screen with poor connection made the conversation difficult. I spent a lot of time trying to explain to the interpreter that I could not understand their signs and that they were misunderstanding me.

27. The most important thing to me is getting my driver's license renewed, employment, and transportation. I have been at my job for 2 years now and have only received one small raise. I work very hard but I don't have any support, and I feel stuck at my current job. If I could get my license reinstated, I would be able to quit my job.

28. The terms of my parole keep changing. I don't understand why the rules change. I feel like the parole office does not know how to work with a Deaf person.

29. I am happy that the parole office had a hearing interpreter on VRI at my last two meetings. But there are still communication problems with the parole office. The parole office has never provided a Deaf interpreter to me. Even though the parole office has provided hearing interpreters sometimes, I am afraid that they will not provide interpreters consistently. I will be on parole (and then probation) for many years, and I will need interpreters at every meeting. I am

not sure the parole office understands that I need interpreters at every meeting. And, I am afraid that my parole officer won't bring interpreters if she comes to my house.

      30.      The parole office has a lot of power over me. It is really important that I can communicate clearly with them.

      31.      I have experienced a lot of problems because I am Deaf. This paper only talks about some of the problems that I have experienced while on parole. The parole office has done many more things that are unfair, just because I am Deaf.

I promise that everything in this paper is true and correct. I know that this is a serious paper. I know that I am signing this paper "under penalty of perjury." This means that if I lie, I could get a new criminal charge against me for lying. I promise that I am telling the truth.

This paper was translated into ASL for me by:

/s/ Amy Peterson
Amy E. Peterson, M.Ed., CDI
(Deaf Interpreter)

I electronically signed this paper on September 13, 2021 in Douglasville, Georgia.

/s/ Brandon Cobb
Brandon Cobb, Plaintiff