# Exhibit X

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION


BRANDON COBB, et al., etc.,

      Plaintiffs,


                          CIVIL ACTION FILE
 vs.                      NO.:  1:19-cv-03285-WMR


GEORGIA DEPARTMENT OF
COMMUNITY SUPERVISION, et al.,
  etc.,

      Defendants.


~~~~~~~~~~~~~~~~~~~~~~~~~

REMOTE VIDEOTAPED DEPOSITION OF
BRANDON COBB
Volume II




April 26, 2021
12:11 p.m.




(All attendees appeared remotely via
videoconferencing and/or teleconferencing.)




Teresa A. Vaughan, CCR-B-2033



Page 2

```
1                APPEARANCES OF COUNSEL

2

3    On behalf of the Plaintiffs:

4        BRITTANY SHRADER, Esquire
         National Association of the Deaf Law and
5        Advocacy Center
         8630 Fenton Street
6        Suite 820
         Silver Spring, Maryland 20910
7        301-587-1788
         brittany.shrader@nad.org
8

9
         STEPHANNA F. SZOTKOWSKI, Esquire
10       Arnold & Porter Kaye Scholer, LLP
         70 West Madison Street
11       Suite 4200
         Chicago, Illinois 60602
12       312-583-2300
         312-583-2360  (facsimile)
13       Stephanna.Szotkowski@arnoldporter.com

14

15
     On behalf of the Defendants:
16
         GEORGE M. WEAVER, Esquire
17       Hollberg & Weaver, LLP
         6185 Mountain Brook Way
18       Sandy Springs, Georgia 30328
         404-760-1116
19       404-760-1136
         gweaver@hw-law.com
20

21

22

23

24

25
```



Page 3

1                    CONTINUATION OF APPEARANCES

2

3    Videographer:

4         Tony Wicks

5

6    Interpreters:
7
         Jana Owen, ASL
8        Emily Walker, ASL
         Branton Stewart, CDI
9        John Maucere, CDI
         Andrea Smith
10       Amy Peterson

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Page 4

```
1                    INDEX OF EXAMINATION

2    WITNESS:  BRANDON COBB

3    EXAMINATION                              PAGE

4    By MR. WEAVER                              7

5    By MS. SHRADER                            51

6

7    FURTHER EXAMINATION

8    By MR. WEAVER                             67

9                      - - - -

10

11                   INDEX TO EXHIBITS

12   Defendant's
       Exhibit          Description         Page
13
     Exhibit D-98   Institutional File        9
14                  Previously Marked Exhibit
                    with Bates Numbers Added
15
     Exhibit D-99   Georgia Department of    41
16                  Corrections Medical
                    Records
17
     Exhibit D-100  Facebook Profile         47
18

19

20   Plaintiff's
     Previously Marked Exhibit
21     Exhibit           Description         Page

22   Exhibit 80     Body Cam Footage         65

23

24        (Original Exhibits 98, 99, and 100 are attached
     to the original transcript.  Previously Marked Exhibit
25   80 has been retained by Brittany Shrader, Esquire.)
```

Elizabeth Gallo
COURT REPORTING, LLC

Page 5

1                              –   –   –   –

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Elizabeth Gallo
COURT REPORTING, LLC

Page 6

1    Remote Continued Videotaped Deposition of
                   BRANDON COBB
2
                   April 26, 2021
3

4        THE VIDEOGRAPHER:  We are now on the

5    record.  Today's date is April 26, 2021.  And

6    the time is approximately 12:11.  This will be

7    the continuation of the remote videotaped

8    deposition of Brandon Cobb.  Will the attorneys

9    please state their names and the parties they

10   represent.

11       MS. SHRADER:  For plaintiffs, Brittany

12   Shrader from the National Association of the

13   Deaf.

14       MS. SZOTKOWSKI:  For plaintiffs, Stephanna

15   Szotkowski from Arnold & Porter Kaye Scholer.

16       MR. WEAVER:  George Weaver, representing

17   the defendants on behalf of the Georgia

18   Attorney General's Office.

19       THE VIDEOGRAPHER:  And will the court

20   reporter please swear in the interpreters, two

21   at time, followed by the witness.

22       (Whereupon, the interpreters were duly

23   sworn by the court reporter.)

24

25



1      BRANDON COBB, having been first duly sworn, was

2    examined and testified as follows:

3           THE VIDEOGRAPHER:  You may proceed.

4           MR. WEAVER:  All right.  Let me just say

5      for the record that we're taking the deposition

6      under the same conditions that were stated at

7      the beginning of first session of this

8      deposition, which was back, I think, on March

9      29th of 2021.  Almost a month ago.  Is that

10     acceptable?  All right.

11          MS. SHRADER:  Yes.

12          MR. WEAVER:  Okay.  And let me also say

13     for the record, Mr. Cobb raised his left hand

14     when he took the oath, it appears.  But that's

15     fine with me.  I have no objection.  I assume

16     that we recognize he's under oath.

17          THE WITNESS:  Oh, goodness.  Okay, thank

18     you.

19     EXAMINATION

20     BY-MR. WEAVER:

21     **Q.   All right.  So let me ask this question**

22  **when we begin -- as we begin today:  You were a**

23  **plaintiff, Mr. Cobb, I believe in a case called**

24  **Harris versus Georgia Department of Corrections.**

25  **And this suit was brought when you were in prison,**



Page 54

1    **effective communication.**

2          MR. WEAVER:  Objection.  Leading.

3          THE WITNESS:  I feel like a deaf

4    interpreter just gets me.  The communication

5    with them is so much easier.  There's the

6    connection there with the language use.  The

7    hearing interpreter, they tend to be more

8    English, even if they're a skilled interpreter.

9    And so even when you have a deaf interpreter,

10   they -- they watch that hearing interpreter and

11   get that information in a more English format,

12   and then turn it into a really visual ASL

13   format for me.

14         And I understand it so much better, then.

15   I have that connection with them.  I get

16   clarity of what -- of the picture -- the whole

17   picture of the communication.  And I just feel

18   like for me, that that's a real necessity going

19   forward, is to have a deaf interpreter so that

20   I have the complete picture in the

21   communication.

22   **Q.   (By Ms. Shrader)  Mr. Cobb, Mr. Weaver**

23   **asked you the last time we were together about**

24   **whether or not you've noticed any improvements in**

25   **VRI over the last couple of years.  So I wanted to**



1   **ask -- give you the opportunity to talk about any**

2   **improvements you've noticed in VRI, and what**

3   **improvements would be needed to make VRI effective**

4   **for you?**

5        A.   I don't think VRI has improved all that

6   much, because we're still dealing with a hearing

7   interpreter.  So the language is still more English

8   oriented in the signing, and there's a lot of

9   opportunity for miscommunications between me and the

10  hearing interpreter.  And so like I said before, I

11  really need a deaf interpreter to have that full

12  comprehension.  For them to understand me

13  completely.  Because sometimes interpreters

14  misunderstand what I'm saying.

15        So I really need that deaf interpreter

16  there to understand my point and what I'm saying, so

17  that we have that clear interpretation.  And so

18  again, VRI could use that -- needs that help.  And

19  then sometimes there's the technical difficulties

20  with VRI, so -- sometimes screens freeze.  There are

21  disconnections, there's problems with just seeing

22  the screen, that kind of thing.  So, yeah, VRI still

23  has a ways to go.

24       **Q.   Mr. Cobb, has your supervision officer**

25  **ever brought a deaf interpreter for any of your**



Page 56

1   **interactions, whether it be through VRI or in**

2   **person?**

3          A.   I'm sorry, do you mind repeating the

4   question?

5          **Q.   Has your probation officer, Ms. Mitchell,**

6   **ever provided you with a deaf interpreter?**

7          A.   No.

8          **Q.   Now, Mr. Cobb, the deposition that we're**

9   **doing today and the deposition that we did back at**

10  **the end of March, both of them have been remote,**

11  **right, we're not all in the same -- in the same**

12  **room?**

13         A.   Yes.  And you saw a good example of the

14  problems with remote interpreting when -- at the

15  last deposition, when my screen kept freezing up,

16  and freezing up.  That's exactly what happens with

17  VRI.  The communication just doesn't happen because

18  of technical problems.

19         **Q.   And, Mr. Cobb, the last time that we were**

20  **together for the deposition, back in March, were you**

21  **appearing from your home, from the same place that**

22  **Ms. Mitchell visits you and uses VRI with you?**

23         A.   Yes.

24         **Q.   And were you using the same Wi-Fi**

25  **connection that you use when Ms. Mitchell visits you**



Page 57

1    and uses VRI with you?

2            MR. WEAVER:  Objection.  Leading.

3            THE WITNESS:  Yes, it is.  And sometimes

4        that connection is sporadic.

5        Q.   (By Ms. Shrader)  Mr. Cobb, today, are you

6    at a different location, or at the same location as

7    you were last time we met?

8        A.   I'm sorry, I missed the question.  I need

9    it again, please.

10       Q.   Yes.  Today for our deposition, are you at

11   your home, or are you at a different location?

12       A.   Oh, no.  I'm in a different place today.

13       Q.   Mr. Cobb, both today and when we were

14   together in March, Mr. Weaver asked you several

15   questions using people's English names.  For

16   example, last time we were together he asked you

17   questions about Dr. Shepard-Kegl and Dr. Amy Rowley.

18   And today he asked you questions about three

19   females, using their English names.  Do you remember

20   being asked those questions?

21       A.   Yes.

22       Q.   Mr. Cobb, do you usually refer to people

23   by their English names?

24       A.   No.  In my world, where we use ASL, we

25   don't spell out the names -- we don't use their



Page 58

```
1   English names.  We have name signs that we use.  And
2   that's how we refer to that person.  So mine is a
3   "B" and a "C" on the shoulder (indicating).  That
4   means "Brandon Cobb."  Means "Brandon."  That's me.
5   That's how I know who we're talking about, is by the
6   name signs that we use for people.  But not their
7   English names.
8        Q.   Mr. Cobb, if you were referring to me, how
9   would you -- how would you say my name?
10       A.   It looks like this, at the side of the
11  head (indicating).
12       Q.   And, Mr. Cobb, I know that when Mr. Weaver
13  asked you if you know who Dr. Shepard-Kegl is, you
14  said that you didn't know who that was.  So I'm
15  going to ask you that question a different way.
16            Do you remember a woman with glasses, who
17  you met with at our hearing back in the fall when we
18  were all together in court, and then you met again
19  over Zoom?  And she asked you a lot of questions
20  about how you sign; and she had you speak; and she
21  asked you to lip read; and she assessed which mode
22  of communication is best for you.  Do you remember
23  that person?
24       A.   Yes, I do.
25       Q.   And, Mr. Cobb, do you remember Mr. Weaver
```



1              C E R T I F I C A T E

2

3

    STATE OF GEORGIA:
4
    COUNTY OF FULTON:
5

6

    I hereby certify that the foregoing transcript was
7   reported, as stated in the caption, and the questions
    and answers thereto were reduced to typewriting under
8   my direction; that the foregoing pages represent a
    true, complete and correct transcript of the evidence
9   given upon said hearing; and I further certify that I
    am not of kin or counsel to the parties in the case;
10  am not in the employ of counsel for any of said
    parties; nor am I in any way interested in the result
11  of said case.

12

13

14

15  _____

16          TERESA A. VAUGHAN, CCR-B-2033

17

18

19

20

21

22

23

24

25



Page 71

1                    DISCLOSURE OF NO CONTRACT

2

3          I, Teresa A. Vaughan, do hereby disclose pursuant
     to Article 10.B of the Rules and Regulations of the
4    Board of Court Reporting of the Judicial Council of
     Georgia that Elizabeth Gallo Court Reporting, LLC was
5    contacted by the party taking the deposition to
     provide court reporting services for this deposition
6    and there is no contract that is prohibited by
     O.C.G.A. 15-14-37(a) and (b) or Article 7.C of the
7    Rules and Regulations of the Board for the taking of
     this deposition.
8
          There is no contract to provide court reporting
9    services between Elizabeth Gallo Court Reporting, LLC
     or any person with whom Elizabeth Gallo Court
10   Reporting, LLC has a principal and agency
     relationship, nor any attorney at law in this action,
11   party to this action, party having a financial
     interest in this action, or agent for an attorney at
12   law in this action, party to this action, or party
     having a financial interest in this action.  Any and
13   all financial arrangements beyond our usual and
     customary rates have been disclosed and offered to all
14   parties.

15

16   This 16th day of May, 2021

17

18          _Teresa A. Vaughan_

19

20   _____

21   Teresa A. Vaughan, CCR-B-2033

22   ELIZABETH GALLO COURT REPORTING, LLC

23

24

25

