**FILED PROVISIONALLY UNDER SEAL**

# Exhibit GG