IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRANDON COBB, et al., etc.,<br><br>    Plaintiffs,<br><br>v.<br><br>GEORGIA DEPARTMENT OF COM-<br>MUNITY SUPERVISION, et al., etc.,<br><br>    Defendants. | CIVIL ACTION NO.<br><br>1:19-cv-03285-WMR |

**DEFENDANTS' BRIEF IN OPPOSITION TO PLAINTIFFS'
MOTION FOR LEAVE TO EXCEED PAGE LIMITS IN
REPLY BRIEF SUPPORTING RENEWED MOTION FOR
CLASS CERTIFICATION**

Defendants Georgia Department of Community Supervision (DCS) and Commissioner Michael Nail oppose Plaintiffs' motion for leave to exceed the 15 page limit contained in L.R. 7.1(D), NDGa. for the reply brief supporting Plaintiffs' renewed motion for class certification.

The Court should deny the motion because:

- Plaintiffs have already filed 35 pages of argument and citations in support of their current motion for class certification (Doc. 197-1 (26 page brief), Doc. 197-2 (9 page appendix of citations and additional argument).

- Plaintiffs' current motion for class certification (Doc. 197) is a renewal of

- 1 -

their previously filed motion for class certification, which was also fully briefed with 46 pages of argument and citations (Doc. 53-1 (25 page brief), Doc. 53-2 (6 page appendix of citations and additional argument), and Doc. 77 (15 page reply brief).

- A large portion of the parties' dispute over class certification centers on the issue of standing, which is a question on both Plaintiffs' motion for class certification and Defendants' motion for summary judgment. Accordingly, the parties have also briefed this issue at length in their summary judgment briefs. (Doc. 200, at 7-34; Doc. 215, at 12-17).

There is no good reason to burden the Court and parties with additional, unnecessary briefing on Plaintiffs' renewed motion for class certification. The parties have had ample opportunity to present their positions. The Court should, therefore, deny the motion. A proposed order is attached.[1]

---

[1]This brief has been prepared in Times New Roman (14 pt.) font, which has been approved by the Local Rules of this Court.

- 2 -

Respectfully Submitted,

CHRISTOPHER M. CARR        112505
Attorney General

BETH BURTON                        027500
Deputy Attorney General

Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, GA  30334-1300           TINA M. PIPER                       142469
Telephone: (404) 656-3355        Senior Assistant Attorney General
Facsimile: (404) 463-8864
tpiper@law.ga.gov                     MEGHAN DAVIDSON
                                               Assistant Attorney General


                                               s/George M. Weaver
                                               _____
                                               GEORGE M. WEAVER        743150
                                               Special Assistant Attorney General
                                               Attorneys for Defendants

HOLLBERG & WEAVER, LLP
6185 Mountain Brook Way
Sandy Springs, GA 30328
(Telephone) 404-760-1116
(Facsimile) 404-760-1136
gweaver@hw-law.com

- 3 -

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRANDON COBB, et al., etc., | |
| Plaintiffs, | |
| v. | CIVIL ACTION NO. |
| GEORGIA DEPARTMENT OF COM-MUNITY SUPERVISION, et al., etc., | 1:19-cv-03285-WMR |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed a copy of the foregoing DEFENDANTS' BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITS IN REPLY BRIEF SUPPORTING RENEWED MOTION FOR CLASS CERTIFICATION with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Sean J. Young, Esq.
> AMERICAN CIVIL LIBERTIES
> UNION FOUNDATION OF GEORGIA,
> INC.
> P.O. Box 77208
> Atlanta, GA 30357
> SYoung@acluga.org

Claudia Center, Esq., *pro hac vice*
Susan Mizner, Esq. *pro hac vice*
Zoe Brennan-Krohn, Esq. *pro hac vice*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
DISABILITY RIGHTS PROGRAM
39 Drumm Street
San Francisco, CA 94111
Zbrennan-krohn@aclu.org
CCenter@aclu.org
SMizner@aclu.org

Brittany Shrader, Esq.
NATIONAL ASSOCIATION FOR THE
DEAF LAW AND ADVOCACY
CENTER
8630 Fenton Street, Suite 820
Silver Spring, MD 20910
brittany.shrader@nad.org

Stephanna F. Szotkowski, Esq.
ARNOLD & PORTER KAYE
SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, Illinois 60602
Stephanna.Szotkowski@arnoldporter.com

Talila A. Lewis, Esq., *pro hac vice*
PO Box 1160
Washington, DC 20013
talila.a.lewis@gmail.com

West Resendes, Esq.
Disability Rights Program
American Civil Liberties Union
39 Drumm Street
San Francisco, CA 94111
wresendes@aclu.org

Brian L. Dimmick, Esq.
Senior Staff Attorney, Disability Rights
Program
American Civil Liberties Union
915 15th St NW
Washington, DC 20005
bdimmick@aclu.org

This 26th day of April, 2022.

HOLLBERG & WEAVER, LLP


s/George M. Weaver
GEORGE M. WEAVER          743150

HOLLBERG & WEAVER, LLP
6185 Mountain Brook Way
Sandy Springs, GA 30328
(Telephone) 404-760-1116
(Facsimile) 404-760-1136
gweaver@hw-law.com