IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRANDON COBB, et al., etc., | |
| Plaintiffs, | |
| v. | CIVIL ACTION NO. |
| GEORGIA DEPARTMENT OF COM-MUNITY SUPERVISION, et al., etc., | 1:19-cv-03285-WMR |
| Defendants. | |

## ORDER

The Court has read and considered Plaintiffs' Motion and Brief for Leave to Exceed Page Limits for the reply brief on Plaintiffs' renewed motion for class certification, along with Defendants' response to the motion.  Good cause not having been shone, the motion is denied.

IT IS SO ORDERED, this the ___ day of _____, 2022.

_____
WILLIAM M. RAY, II
United States District Judge
Northern District of Georgia