IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRANDON COBB, et al., etc.,<br><br>    Plaintiffs,<br><br>v.<br><br>GEORGIA DEPARTMENT OF COMMUNITY SUPERVISION, et al., etc.,<br><br>    Defendants. | CIVIL ACTION NO.<br><br>1:19-cv-03285-WMR |

**ORDER**

    The Court has read and considered Plaintiffs' Motion and Brief for Leave to Exceed Page Limits seeking leave to exceed the current limit of 15 pages for their reply brief in support of their renewed motion for class certification and file a brief up to 26 pages in length. The motion is hereby granted and Plaintiffs may file a reply brief on class certification up to 26 pages in length.

    IT IS SO ORDERED, this the 26th day of April, 2022.

*/s/ William M. Ray II*

WILLIAM M. RAY, II
United States District Judge
Northern District of Georgia

- 1 -