# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

BRANDON COBB, *et al., etc.,*

    Plaintiffs,

v.

GEORGIA DEPARTMENT OF COMMUNITY SUPERVISION, *et al., etc,*

    Defendants.

Civil No. 1:19-cv-03285-WMR

## MOTION TO WITHDRAW AS ATTORNEY

Pursuant to N.D. Ga. L.R. 83.1(E), Sean J. Young hereby files this motion to withdraw as attorney in the above-referenced matter, on the grounds that he is leaving his position as an attorney with the ACLU Foundation of Georgia on May 6, 2022 and will be joining the Federal Defender Program at the Northern District of Georgia on or around July 18, 2022. Plaintiffs will continue to be ably represented by ACLU Foundation of Georgia co-counsel Andres Lopez-Delgado, the ACLU Foundation, the National Association of the Deaf, Disability Rights Education And Defense Fund Immigrants' Rights Project, Arnold & Porter Kaye Scholer LLP and Talila A. Lewis.

WHEREFORE, the undersigned counsel respectfully requests that he be permitted to withdraw as attorney for the Plaintiffs in this matter.

Respectfully submitted this 28th day of April.

/s/ Sean J. Young
Sean J. Young
Ga. Bar No. 790399
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF GEORGIA
P.O. Box 570738
Atlanta, GA 30357
(678) 653-0533
syoung@acluga.org