IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRANDON COBB, et al., etc.,<br><br>  Plaintiffs,<br><br>v.<br><br>GEORGIA DEPARTMENT OF COM-MUNITY SUPERVISION, et al., etc.,<br><br>  Defendants. | CIVIL ACTION NO.<br><br>1:19-cv-03285-WMR |

### DEFENDANTS' MOTION AND BRIEF FOR LEAVE TO EXCEED PAGE LIMITS

Defendants Georgia Department of Community Supervision (DCS) and Commissioner Michael Nail move the Court under L.R. 7.1(D), NDGa. for leave to exceed the page limit of 15 pages for their brief on summary judgment. Defendants request leave to file a brief not exceeding 26 pages.

Plaintiffs have recently been given leave to file a reply brief up to 26 pages on their renewed motion for class certification. (Doc. 223-1). Defendants ask for the same treatment.

Moreover, Defendants request leave due to the number of parties and complexity of issues involved in this case. There has been voluminous discovery. Adequately addressing all issues and pertinent facts will require more than 15 pages.

The granting of this motion should have no effect on the trial or progress of this case.

For these reasons, the Court should grant Defendants leave to file a brief on summary judgment not exceeding 26 pages. A proposed order is attached.[1]

Respectfully Submitted,

CHRISTOPHER M. CARR        112505
Attorney General

BETH BURTON                          027500
Deputy Attorney General

Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, GA  30334-1300           TINA M. PIPER                         142469
Telephone: (404) 656-3355        Senior Assistant Attorney General
Facsimile: (404) 463-8864
tpiper@law.ga.gov                     MEGHAN DAVIDSON
                                                 Assistant Attorney General


                                                 s/George M. Weaver
                                                 GEORGE M. WEAVER         743150
                                                 Special Assistant Attorney General
                                                 Attorneys for Defendants

HOLLBERG & WEAVER, LLP
6185 Mountain Brook Way
Sandy Springs, GA 30328
(Telephone) 404-760-1116
(Facsimile) 404-760-1136
gweaver@hw-law.com

---

[1] This brief has been prepared in Times New Roman (14 pt.) font, which has been approved by the Local Rules of this Court.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRANDON COBB, et al., etc., <br><br> Plaintiffs, <br><br> v. <br><br> GEORGIA DEPARTMENT OF COMMUNITY SUPERVISION, et al., etc., <br><br> Defendants. | CIVIL ACTION NO. <br><br> 1:19-cv-03285-WMR |

**ORDER**

The Court has read and considered Defendants' Motion and Brief for Leave to Exceed Page Limits seeking leave to exceed the limit of 15 pages for their reply brief on summary judgment and file a brief not exceeding 26 pages in length. The motion is hereby granted and Defendants may file a reply brief on summary judgment not exceeding 26 pages in length.

IT IS SO ORDERED, this the ___ day of _____, 2022.

_____
WILLIAM M. RAY, II
United States District Judge
Northern District of Georgia

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRANDON COBB, et al., etc., <br><br> Plaintiffs, <br><br> v. <br><br> GEORGIA DEPARTMENT OF COMMUNITY SUPERVISION, et al., etc., <br><br> Defendants. | CIVIL ACTION NO. <br><br> 1:19-cv-03285-WMR |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed a copy of the foregoing DEFENDANTS' MOTION AND BRIEF FOR LEAVE TO EXCEED PAGE LIMITS with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Sean J. Young, Esq.
> AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF GEORGIA, INC.
> P.O. Box 77208
> Atlanta, GA 30357
> SYoung@acluga.org

Claudia Center, Esq., *pro hac vice*
Susan Mizner, Esq. *pro hac vice*
Zoe Brennan-Krohn, Esq. *pro hac vice*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
DISABILITY RIGHTS PROGRAM
39 Drumm Street
San Francisco, CA 94111
Zbrennan-krohn@aclu.org
CCenter@aclu.org
SMizner@aclu.org

Brittany Shrader, Esq.
NATIONAL ASSOCIATION FOR THE
DEAF LAW AND ADVOCACY
CENTER
8630 Fenton Street, Suite 820
Silver Spring, MD 20910
brittany.shrader@nad.org

Stephanna F. Szotkowski, Esq.
ARNOLD & PORTER KAYE
SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, Illinois 60602
Stephanna.Szotkowski@arnoldporter.com

Talila A. Lewis, Esq., *pro hac vice*
PO Box 1160
Washington, DC 20013
talila.a.lewis@gmail.com

West Resendes, Esq.
Disability Rights Program
American Civil Liberties Union
39 Drumm Street
San Francisco, CA 94111
wresendes@aclu.org

        Brian L. Dimmick, Esq.
        Senior Staff Attorney, Disability Rights Program
        American Civil Liberties Union
        915 15th St NW
        Washington, DC 20005
        bdimmick@aclu.org

This 29th day of April, 2022.

                          HOLLBERG & WEAVER, LLP

                          s/George M. Weaver
                          GEORGE M. WEAVER    743150

HOLLBERG & WEAVER, LLP
6185 Mountain Brook Way
Sandy Springs, GA 30328
(Telephone) 404-760-1116
(Facsimile) 404-760-1136
gweaver@hw-law.com

- 3 -