**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

BRANDON COBB, *et al., etc.,*

     Plaintiffs,

v.

GEORGIA DEPARTMENT OF COM-
MUNITY SUPERVISION, *et al., etc,*

     Defendants.

Civil No. 1:19-cv-03285-WMR

**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY**

The Court hereby GRANTS Sean J. Young's  motion to withdraw as

attorney in the above-referenced matter, on the grounds that he is leaving his

position as an attorney with the ACLU Foundation of Georgia on May 6, 2022.

This 29th day of April, 2022.

WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE