IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRANDON COBB, et al., etc.,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGIA DEPARTMENT OF COMMUNITY SUPERVISION, et al., etc.,<br><br>Defendants. | CIVIL ACTION NO.<br><br>1:19-cv-03285-WMR |

**DEFENDANTS' MOTION AND BRIEF FOR LEAVE TO FILE PROVISIONALLY UNDER SEAL TWO BODYCAM VIDEOS REFERRED TO IN FILED DEPOSITIONS AND PENDING MOTIONS**

Defendants Georgia Department of Community Supervision (DCS) and Commissioner Michael Nail move the Court for leave to file provisionally under seal two bodycam video recordings marked as exhibits in filed depositions and referred to in pending motions. This motion is filed under this Court's Standing Order Regarding Civil Litigation (Doc. 92, Sec. II(c), at 14-16), Protective Order (Doc. 100), and LR, NDGa., Appendix H.

The exhibits to be filed are:

- Deposition Exhibit 80 (Bodycam Video, home visit of Joseph Nettles, taken by Community Service Officer (CSO) Caleb Worley, 01/29/2020);

- Deposition Exhibit 81 (Bodycam Video, home visit of Brandon Cobb, taken by CSO Mariah Mitchell, 11/07/2019).

These video recordings contain confidential information such as residence locations of offenders, and names and addresses of crime victims.

Defendants are filing with this motion a Second Supplementary Notice of Filing Discovery Materials, which complies with requirements of the above-cited authorities. And Defendants are submitting a copy of these electronic media to the Court on a mass storage device (thumb drive), with service on opposing parties.

A proposed order is attached.[1]

Respectfully Submitted,

CHRISTOPHER M. CARR 112505
Attorney General

BETH BURTON 027500
Deputy Attorney General

TINA M. PIPER 142469
Senior Assistant Attorney General

Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, GA 30334-1300
Telephone: (404) 656-3355
Facsimile: (404) 463-8864
tpiper@law.ga.gov

[1]This brief has been prepared in Times New Roman (14 pt.) font, which has been approved by the Local Rules of this Court.

s/George M. Weaver
GEORGE M. WEAVER 743150
Special Assistant Attorney General
Attorneys for Defendants

HOLLBERG & WEAVER, LLP
6185 Mountain Brook Way
Sandy Springs, GA 30328
(Telephone) 404-760-1116
(Facsimile) 404-760-1136
gweaver@hw-law.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRANDON COBB, et al., etc.,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGIA DEPARTMENT OF COMMUNITY SUPERVISION, et al., etc.,<br><br>Defendants. | CIVIL ACTION NO.<br><br>1:19-cv-03285-WMR |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date electronically filed a copy of the foregoing DEFENDANTS' MOTION AND BRIEF FOR LEAVE TO FILE PROVISIONALLY UNDER SEAL TWO BODYCAM VIDEOS REFERRED TO IN FILED DEPOSITIONS AND PENDING MOTIONS with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Andrés M. López-Delgado, Esq.
P.O. Box 570738
Atlanta, GA 30357
adelgado@acluga.org

Claudia Center, Esq., *pro hac vice*
Susan Mizner, Esq. *pro hac vice*
Zoe Brennan-Krohn, Esq. *pro hac vice*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
DISABILITY RIGHTS PROGRAM
39 Drumm Street
San Francisco, CA 94111
Zbrennan-krohn@aclu.org
CCenter@aclu.org
SMizner@aclu.org

Brittany Shrader, Esq.
NATIONAL ASSOCIATION FOR THE
DEAF LAW AND ADVOCACY
CENTER
8630 Fenton Street, Suite 820
Silver Spring, MD 20910
brittany.shrader@nad.org

Stephanna F. Szotkowski, Esq.
ARNOLD & PORTER KAYE
SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, Illinois 60602
Stephanna.Szotkowski@arnoldporter.com

Talila A. Lewis, Esq., *pro hac vice*
PO Box 1160
Washington, DC 20013
talila.a.lewis@gmail.com

West Resendes, Esq.
Disability Rights Program
American Civil Liberties Union
39 Drumm Street
San Francisco, CA 94111
wresendes@aclu.org

Brian L. Dimmick, Esq.
Senior Staff Attorney, Disability Rights Program
American Civil Liberties Union
915 15th St NW
Washington, DC 20005
bdimmick@aclu.org

This 11th day of May, 2022.

HOLLBERG & WEAVER, LLP

s/George M. Weaver
GEORGE M. WEAVER 743150

HOLLBERG & WEAVER, LLP
6185 Mountain Brook Way
Sandy Springs, GA 30328
(Telephone) 404-760-1116
(Facsimile) 404-760-1136
gweaver@hw-law.com