IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRANDON COBB, et al., etc.,<br><br>    Plaintiffs,<br>v.<br><br>GEORGIA DEPARTMENT OF COMMUNITY SUPERVISION, et al., etc.,<br><br>    Defendants. | CIVIL ACTION NO.<br><br>1:19-cv-03285-WMR |

**ORDER**

The Court has read and considered Defendants' Motion for Leave to File Provisionally Under Seal Two Bodycam Videos Referred to in Filed Depositions and Pending Motions. For good cause shown, the motion is hereby granted the following exhibits are filed with provisional sealing:

- Deposition Exhibit 80 (Bodycam Video, home visit of Joseph Nettles, taken by Community Service Officer (CSO) Caleb Worley, 01/29/2020);

- Deposition Exhibit 81 (Bodycam Video, home visit of Brandon Cobb, taken by CSO Mariah Mitchell, 11/07/2019).

IT IS SO ORDERED, this the ___ day of _____, 2022.

                                                          WILLIAM M. RAY, II
                                                          United States District Judge
                                                          Northern District of Georgia