IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRANDON COBB, et al., etc., <br><br> Plaintiffs, <br><br> v. <br><br> GEORGIA DEPARTMENT OF COMMUNITY SUPERVISION, et al., etc., <br><br> Defendants. | CIVIL ACTION NO. <br><br> 1:19-cv-03285-WMR |

**SECOND SUPPLEMENTARY NOTICE OF FILING DISCOVERY MATERIALS**

In addition to the materials filed by the parties regarding Defendants' motion for summary judgment (Doc. 200) and Plaintiffs' renewed motion for class certification (Doc. 197), Defendants serve notice of filing and intent to file the following materials:

1. Deposition Exhibit 18[1] (attached, Carlos Herrera sentencing materials),

2. Deposition Exhibit 80 (filed under seal, Bodycam Video, home visit of Nettles, taken by CSO Worley, 01/29/2020),

3. Deposition Exhibit 81 (filed under seal, Bodycam Video, home visit of Cobb, taken by CSO Mitchell, 11/07/2019),

---

[1] The parties used a unified set of exhibits across all depositions.

4. Deposition Exhibit 96 (transcript of audio with redaction, Bodycam Video, home visit of Cobb, taken by CSO Mitchell, 11/07/2019),

5. Deposition Exhibit 102 (Doc. 197-21, Harrelson Report) (filed by Pls.),

6. Deposition Exhibit 114 (attached with redaction, DCS Drug & Alcohol Testing Form, Mary Hill),

7. Deposition Exhibit 115 (attached with redaction, Warrant for Arrest, Mary Hill),

8. Deposition Exhibit 116 (Doc. 198-4, Consent Order re Hill, Nov. 4, 2020, Pls. Ex. DD, filed by Pls. under seal),

9. Deposition Exhibit 117 (Doc. 214-19, Bodycam Video, meeting with Hill, taken by CSO Roper, 11/03/2020), Pls. Ex. P, filed by Pls. under seal),

10. Deposition Exhibit 130 (attached, Marano Report),

As required by Local Rules, NDGa., App. H, all personal identifying information will be redacted. Video recordings containing such information is filed under seal as provided by Local Rules, NDGa., App. H, the Court's Standing Order (Doc. 92), and the Protective Order (Doc. 100).

These exhibits and depositions should be considered on the pending motions for summary judgment and class certification.[2]

Respectfully Submitted,

CHRISTOPHER M. CARR     112505
Attorney General

BETH BURTON            027500
Deputy Attorney General

TINA M. PIPER          142469
Senior Assistant Attorney General

Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, GA  30334-1300
Telephone: (404) 656-3355
Facsimile:  (404) 463-8864
tpiper@law.ga.gov

s/George M. Weaver
GEORGE M. WEAVER       743150
Special Assistant Attorney General
Attorneys for Defendants

HOLLBERG & WEAVER, LLP
6185 Mountain Brook Way
Sandy Springs, GA 30328
(Telephone) 404-760-1116
(Facsimile) 404-760-1136
gweaver@hw-law.com

---

[2] This brief has been prepared in Times New Roman (14 pt.) font, which has been approved by the Local Rules of this Court.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRANDON COBB, et al., etc.,<br><br>　　Plaintiffs,<br><br>v.<br><br>GEORGIA DEPARTMENT OF COM-MUNITY SUPERVISION, et al., etc.,<br><br>　　Defendants. | CIVIL ACTION NO.<br><br>1:19-cv-03285-WMR |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed SECOND SUPPLEMENTARY NOTICE OF FILING DISCOVERY MATERIALS with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Andrés M. López-Delgado, Esq.
> P.O. Box 570738
> Atlanta, GA 30357
> adelgado@acluga.org

- 1 -

Claudia Center, Esq., *pro hac vice*
Susan Mizner, Esq. *pro hac vice*
Zoe Brennan-Krohn, Esq. *pro hac vice*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
DISABILITY RIGHTS PROGRAM
39 Drumm Street
San Francisco, CA 94111
Zbrennan-krohn@aclu.org
CCenter@aclu.org
SMizner@aclu.org

Brittany Shrader, Esq.
NATIONAL ASSOCIATION FOR THE
DEAF LAW AND ADVOCACY
CENTER
8630 Fenton Street, Suite 820
Silver Spring, MD 20910
brittany.shrader@nad.org

Stephanna F. Szotkowski, Esq.
ARNOLD & PORTER KAYE
SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, Illinois 60602
Stephanna.Szotkowski@arnoldporter.com

Talila A. Lewis, Esq., *pro hac vice*
PO Box 1160
Washington, DC 20013
talila.a.lewis@gmail.com

West Resendes, Esq.
Disability Rights Program
American Civil Liberties Union
39 Drumm Street
San Francisco, CA 94111
wresendes@aclu.org

Brian L. Dimmick, Esq.
Senior Staff Attorney, Disability Rights Program
American Civil Liberties Union
915 15th St NW
Washington, DC 20005
bdimmick@aclu.org

This 11th day of May, 2022.

s/George M. Weaver
GEORGE M. WEAVER        743150
Special Assistant Attorney General
Attorney for Defendants

HOLLBERG & WEAVER, LLP
6185 Mountain Brook Way
Sandy Springs, GA 30328
(Telephone) 404-760-1116
(Facsimile) 404-760-1136
gweaver@hw-law.com