# FILED UNDER SEAL

