**Transcription of Bodycam Footage dated 2019-11-07: Cobb,_Brandon.mp4 (7 min 3 sec)**

CSO: Brandon Cobb

Interpreter 1: Hello. Thank you for calling Language Line Solutions. This is Katherine, ID 258282 and I'll be your American Sign Language interpreter today. This call may be monitored for training purposes. I apologize to ask, but just because I see where you're calling from would you mind giving me a quick summary of the intent of the call?

CSO: I am a probation officer of Douglas Community Service, Community Supervision. I am doing a parole check-in with a hearing-impaired offender.

Interpreter 1: Okay. Okay, so I wanted to ask because I think it rerouted you to the wrong person. So I specialize in medial interpreting so just to ensure best in quality, quality of interpretation, I'm going to respectfully excuse myself so you can reconnect with an interpreter who is going to better assist you with the subject matter.

CSO: So you don't do normal American Sign Language?

Interpreter 1: I don't do any legal interpreting, or any law enforcement, or anything like that, but if you reconnect the next interpreter will be able to help you.

CSO: Okay.

Interpreter: So sorry about that. Thank you so much for your patience.

CSO: Mhm.

Interpreter 2: Hello. Thank you for calling Language Line. I'm Daniel. My ID is down here if you need it, 225738 and I'll be your sign language interpreter and I just have to let you know that the call can be monitored for quality assurance and training purposes. Okay?

CSO: Okay. I am here to speak with a parolee who is hearing-impaired and I need to just ask him some basic questions and I just need for you to sign to him, okay?

Interpreter 2: Okay. Perfect.

CSO: Brandon.

Brandon: *signs to interpreter*

CSO: I'm here to just answer, I mean ask you a couple of questions.

Brandon: *signs to interpreter*

Interpreter 2: That's fine. Great.

CSO: Have you had any changes since the last time I saw you?

Brandon: *signs to interpreter*

Exhibit 96

Interpreter 2: No, not at all. Changes, any changes, no changes at all. I just got a job. I'm working so that starts Sunday night, Sunday night. Oh, hold on. Excuse me, it starts at 5:00 tonight.

CSO: What is your job occupation?

Brandon: *signs to interpreter*

Interpreter 2: Washing dishes and glasses and things like that and bagging them.

CSO: What location?

Brandon: *signs to interpreter*

Interpreter 2: I like my job. It's at Topps, T-O-P-P-S. It's not too far away from here.

CSO: Okay. Is that in Douglasville?

Brandon: *signs to interpreter*

Interpreter 2: Yes, not too far. I'd say it's about 4 minutes away.

CSO: Okay. Do you have any questions for me?

Brandon: *signs to interpreter*

Interpreter 2: No, not at all. I'm good.

CSO: I have a couple more. Give me one second. Okay?

Brandon: *signs to interpreter*

Interpreter 2: Okay, that's fine. Sure.

CSO: Have you had any contact with Sarah ▇▇▇ or Kwanza ▇▇▇?

Brandon: *signs to interpreter*

Interpreter 2: Who are they? Who are they?

CSO: Victims in your case.

Brandon: *signs to interpreter*

Interpreter 2: No, not at all. Nope. I've never contacted them. I don't know. I've never contacted them at all. I just stay here all the time. I work, go home, that's it, work and home.

CSO: Okay, one more.

Brandon: *signs to interpreter*

Interpreter 2: Okay, that's fine.

CSO: Have you been anywhere near ▇▇▇▇▇▇▇▇▇▇, Jonesboro, Georgia?

Brandon: *signs to interpreter*

Interpreter 2: No. Nope. I haven't gone anywhere, no.

CSO: Okay. If you don't have anything for me, I'm gonna go.

Brandon: *signs to interpreter*

Interpreter 2: Okay, great. Thank you. Appreciate it. Have a good day and thank you for using our services. Have a good day.

CSO: Thank you. You too.

Interpreter 2: Bye.

CSO: Bye.