# Georgia Department of Community Supervision
## Drug and Alcohol Admission / Testing Form

Name: __Mary Hill__

GDC: ███████

I, __Mary__, admit violating a general or special condition of my probation sentence or parole certificate, specifically using unlawful drugs or alcohol without a valid prescription or consent.

✓ I acknowledge that I used the following drugs or alcohol on or about * ~~2 weeks ago~~ 10-12-2020 one time

✓ I acknowledge that I was tested by a Community Supervision Officer on __10-26-2020__ and I was positive for the following drug or alcohol.

| Substance | |
|---|---|
| THC: | ✓ |
| Cocaine: | ___ |
| Amphetamine: | ___ |
| Methamphetamine: | ___ |
| Morphine/Opiates: | ___ |
| Barbiturates: | ___ |
| Benzodiazepine: | ___ |
| Alcohol: | ___ |
| Synthetic Marijuana: | ___ |
| Other: | _____ |

I also acknowledge that by signing this admission, my probation or parole sentence could be revoked or a lesser sanction may be imposed:

* __Mary A. Hill__     __10-26-2020__
**DEFENDANT**          **DATE**

__Abm Roper__          __10-26-2020__
**SUPERVISION OFFICER** **DATE**

**Deposition Exhibit 114**

Confidential                    DCS D-019128