# WARRANT FOR ARREST OF PROBATIONER

**STATE OF GEORGIA**  
**VS**

**COUNTY OF:** FORSYTH COUNTY  
**DOCKET NO.:** 19CR-0259-3  
**ORIGINAL OFFENSE(S):** Cruelty To Children

HILL, MARY ANN

## TO THE SHERIFF OF THE ABOVE NAMED COUNTY OR OTHER LAW ENFORCEMENT OFFICER OF THE STATE:

Under authority of the Georgia Statewide Probation Act you are hereby **commanded** to take the body of

HILL, MARY ANN

Of the following last known address: _____  
CUMMING GA 30028

And safely keep her until she may be returned to this Court, there to answer to a charge of violation of the following conditions of probation

GEN COND #2: AVOID INJURIOUS AND VICIOUS HABITS....

Probationer is charged with violation of said conditions, in willful disregard of a Court Order, specifically as follows:

IN THAT THE DEFENDANT TESTED POSITIVE FOR THC IN THE CUMMING DCS OFFICE ON 10/26/2020 AND ADMITTED TO PRIOR USE ON OR ABOUT 10/25/2020.

Sworn to and subscribed before me  
This _____ day of _____, 20___.

[Notary Seal: DAWN CATHERINE WEITZ, Notary Public, Georgia, Forsyth County, My Commission Expires January 26, 2024]

Notary Public (SEAL)

Roper, Adam  
Community Supervision Officer

**Deposition Exhibit 115**

Issued this _____ day of 10/27/20 _____, 20___.

Philip C Smith (Oct 27, 2020 18:30 EDT)  
SMITH, PHILIP C  
Judge

Retention Schedule: Upon completion, place a copy in the probationer's case file.

| Comments/Concerns | NON EST INVENTUS | STATE OF GEORGIA |
|---|---|---|
| | The undersigned officer hereby certifies that a thorough and diligent search for the probationer listed in this warrant and affidavit has been made, at but not limited to, places of abode, known places of frequency, and others, and that his/her whereabouts are unknown and cannot be located | County of FORSYTH COUNTY<br>STATE<br>VS<br><br>HILL, MARY ANN |
| Scars/Marks/Tattoos: | | |
| | | AUTHORITY TO ARREST |
| | Signed:<br>This ___ day of _____,<br>20 ___<br>at _____<br>(City)<br>_____, Georgia<br>(County)<br><br>Signature of Officer<br>_____<br>Title | Received _____, 20___<br>Executed _____, 20___<br>By _____<br><br>Last known address:<br><br>▇▇▇▇▇▇▇▇▇▇<br>CUMMING GA 30028 |
| Photo: | | DOB : ▇▇▇▇<br>RACE : White<br>SEX : FEMALE<br>HEIGHT : 4'11"<br>WEIGHT : 160<br>HAIR : BROWN<br>EYES : BROWN<br>SID : ▇▇▇▇ |
| [photo of individual] | | Community Supervision Officer:<br>Roper, Adam<br>Warrant Expires on :<br>11/04/2024<br>(Unless Non Est Inventus indicated) |