IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRANDON COBB, et al., etc.,<br><br>  Plaintiffs,<br><br>v.<br><br>GEORGIA DEPARTMENT OF COMMUNITY SUPERVISION, et al., etc.,<br><br>  Defendants. | CIVIL ACTION NO.<br><br>1:19-cv-03285-WMR |

**ORDER**

The Court has read and considered Defendants' Motion and Brief for Leave to Exceed Page Limits seeking leave to exceed the limit of 15 pages for their reply brief on summary judgment and file a brief not exceeding 25 pages in length. The motion is hereby granted and Defendants may file a reply brief on summary judgment not exceeding 25 pages in length.

IT IS SO ORDERED, this the 19th day of May, 2022.

_____
WILLIAM M. RAY, II
United States District Judge
Northern District of Georgia