# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BRANDON COBB, et al., etc., <br><br> Plaintiffs, <br><br> v. <br><br> GEORGIA DEPARTMENT OF COMMUNITY SUPERVISION, et al., etc., <br><br> Defendants. | CIVIL ACTION NO. <br><br> 1:19-cv-03285-WMR |

## NOTICE OF FILING DECLARATION OF PUTATIVE CLASS MEMBER VERNON G. MCCORKLE

In addition to the materials filed by Plaintiffs in support of Plaintiffs' Motion for Leave to Supplement Plaintiffs' Statement of Additional Material Facts in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment (ECF No. 237, the "Motion"), Plaintiffs serve notice of their intent to file the attached declaration of Vernon G. McCorkle.  As described in the Motion, this declaration describes Mr. McCorkle's recent experiences on probation, including difficulties in communicating with his CSO, and probation revocations based on those communication barriers. *See* Motion at 4.

On June 8, 2022, Plaintiffs' counsel learned that Mr. Vernon McCorkle, a putative class member in this case, had recently had his probation revoked and had been sentenced to two years' incarceration in the Georgia Department of Corrections, and that the revocation stemmed from technical violations of supervision may have been related to failure by DCS to communicate effectively with Mr. McCorkle. At the time Plaintiffs learned of Mr. McCorkle's situation, a hearing on Defendants' Motion for Summary Judgment and Plaintiffs' Motion for Class Certification was scheduled for June 30, 2022. Accordingly, Plaintiffs filed the Motion promptly on June 16, 2022, before obtaining the declaration from Mr. McCorkle, in order to maximize the time for the Court and Defendants to review and consider the Motion and evidence. Plaintiffs also provided notice in the Motion that they would provide a declaration from Mr. McCorkle as soon as possible. *Id.* at 3-4.

On June 18, 2022, Plaintiffs' counsel and a sign language interpreter travelled to the Cherokee County Jail and obtained a declaration from Mr. McCorkle in-person. On June 21, 2022, the Court granted Plaintiffs' Motion to Supplement. ECF 240. That same day, Plaintiffs provided a copy of the declaration of Mr. McCorkle to Defendants. Accordingly, Plaintiffs hereby file the declaration of Mr. McCorkle with the Court.

Respectfully submitted this 24th day of June 2022.

Susan Mizner, *pro hac vice*
Zoe Brennan-Krohn, *pro hac vice*
Brian L. Dimmick, *pro hac vice*
West Resendes, *pro hac vice*
Talila A. Lewis, *pro hac vice*
AMERICAN CIVIL LIBERTIES UNION
DISABILITY RIGHTS PROGRAM
39 Drumm Street
San Francisco, CA 94111
Phone: (415) 343-0781
Fax: (415) 395-0950
SMizner@aclu.org
ZBrennan-Krohn@aclu.org
BDimmick@aclu.org
WResendes@aclu.org
Talila.A.Lewis@gmail.com

Andrés M. López-Delgado,
GA State Bar No. 552876
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF GEORGIA, INC.
P.O. Box 77208
Atlanta, GA 30357
Phone: (732) 666-3300
Fax: (770) 303-0060
ADelgado@acluga.org

Claudia Center, *pro hac vice*
DISABILITY RIGHTS EDUCATION AND
DEFENSE FUND
3075 Adeline St, Suite 210
Berkeley, CA 94703
Phone: (510) 644-2555
CCenter@dredf.org

/s/ _Tyler J. Fink_____
Ian S. Hoffman, *pro hac vice*
Rebecca A. Caruso, *pro hac vice*
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001
Phone: (202) 942-5000
Fax: (202) 942-5999
Ian.Hoffman@arnoldporter.com
Rebecca.Caruso@arnoldporter.com

Stephanna F. Szotkowski, *pro hac vice*
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, Illinois 60602
Phone: (312) 583-2354
Fax: (312) 583-2591
Stephanna.Szotkowski@arnoldporter.com

Tyler J. Fink, *pro hac vice*
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Phone: (212) 836-8000
Fax: (212) 836-8689
Tyler.Fink@arnoldporter.com

Brittany Shrader, *pro hac vice*
NATIONAL ASSOCIATION OF THE DEAF
LAW AND ADVOCACY CENTER
8630 Fenton Street, Suite 820
Silver Spring, MD 20910
Phone: (301) 587-2907
brittany.shrader@nad.org

*Attorneys for Plaintiffs*

3

## **CERTIFICATION OF COMPLIANCE**

I hereby certify that the typeface used herein is 14-point Times New Roman and that the motion is compliant with L.R. 5.1 and 7.1.

Respectfully submitted this 24th day of June 2022.

*/s/ Tyler J. Fink*
Tyler J. Fink, *pro hac vice*
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Phone: (212) 836-8000
Fax: (212) 836-8689
Tyler.Fink@arnoldporter.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2022, I caused the foregoing Motion For Leave To File Amended Statement Of Facts And Additional Record Evidence to be electronically filed with the Clerk of Court using the CM/ECF system.

Respectfully submitted this 24th day of June 2022.

*/s/ Tyler J. Fink*
Tyler J. Fink, *pro hac vice*
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Phone: (212) 836-8000
Fax: (212) 836-8689
Tyler.Fink@arnoldporter.com