## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

BRANDON COBB, et al., etc.,

        Plaintiffs,

    v.

GEORGIA DEPARTMENT OF
COMMUNITY SUPERVISION, et al., etc.,

        Defendants.

CIVIL ACTION NO.

1:19-cv-03285-WMR

## DECLARATION OF VERNON G. MCCORKLE

1.    My name is Vernon G. McCorkle. I am 61 years old. Right now I am in jail in Cherokee County, Georgia. I think I will be transferring to Georgia Department of Corrections soon for a two-year sentence because my probation was revoked.

2.    This paper describes things that happened to me personally. Everything in this paper happened to me. I promise that everything here is true and correct. I know I might be a witness in this case, and that I might be asked to explain these facts in person. If this happens, I will say the same things that are written in this paper.

3.      I am hard of hearing. But without my hearing aids, I'm deaf. I lost my hearing when I was about two years old. I had the chicken pox.

4.      I communicate with ASL. I can also speak for myself, but I can't hear myself so I can't tell if people can understand. I can understand *some* information by reading lips, but only simple things. ASL is better and clearer for me, but I have to speak and try to lip read a lot of the time because there are no interpreters or deaf people.  I could understand more when my mother spoke, because I was used to her. It's very hard for me to understand what other people are saying by lip reading.

5.      I use hearing aids, but I don't have them in jail. If I'm using hearing aids, I can catch more speech if I'm also lip-reading. But ASL is the best language for me. That is how I can communicate and understand other people best.

6.      I can read some simple things in English, but I can't use English for complicated or important papers. I need ASL interpreters.

7.      I have been on probation in Georgia since I got out of prison in 2014.

8.      There are a lot of requirements of probation. I don't think I understand them all. I have never had a meeting with a probation officer and an interpreter explaining all of my rules.

9.      Before I was in jail, I lived in Marietta, in Cobb County. But my probation officer came from Cherokee County. I don't understand why my probation

did not transfer to Cobb County. It would have been much easier for me if the probation was transferred so I could report to probation in the county I lived in.

10.     I have to take polygraph tests twice a year. I have to pay $225 for each polygraph test. There was never an interpreter for the polygraph test. They would show me the questions on a piece of paper, then ask the questions with their voices over and over again. It was very frustrating and expensive and confusing and scary. But I did it anyway, many times, because I wanted to stay out of trouble.

11.     I lived with my mother until she died in 2021. My mother was not deaf. My mother helped me a lot with probation. When the probation officers knocked on the door of our house, my mother would hear them and open the door. If the probation officer came to my house when I was at work, my mother would tell the officer I was at work and when I'd be home. Then the officer would come back after my shift or would come meet me at work.

12.     The probation officers talked to my mother instead of me. I think they told my mother what I was supposed to do. I tried to understand by lip-reading and guessing, but I missed a lot. Every time after the probation officer left, my mother explained to me what the officer said and what I had to do. My mother helped me follow all of the rules of probation. No one from probation ever asked if I wanted to have an interpreter, or if I was ok with them talking to my mother instead of me.

They just did it, and I didn't know I could ask for anything else. I tried to make them talk to me instead of my mother, but they would ignore it, and just say, "you've just got to follow what we tell you to do." They were rude to me and my mother, and it felt bad.

13.    I was lucky that my mother helped me, but I did not understand a lot of the rules and requirements of probation, because the officers just talked to my mother instead of talking to me. I missed a lot of information because the officers didn't communicate with me directly.

14.    My mother died in January 11, 2021. I was very, very sad when my mother died. She and I were very close and she helped me in many ways.

15.    After my mother died, there were lots of problems with probation. The probation officer never told me what I had to do, or made sure I understand the rules now that my mother had died. They didn't ask me if I needed help, even though I was so upset and confused and lost. They just kept threatening to lock me up.

16.    For example, I didn't know when the probation officer was at my house, because I couldn't hear him knocking on the door and they would never tell me when they were coming to the house. When my mother was alive, she would hear the knocking and answer the door and get my attention. After my mother died, the probation officer never talked to me about how we could fix this.

17.    For another example, I worked a lot, sometimes 13 hours every day, 6 days a week. The probation officers knew where I worked, at a restaurant called M&J Country Buffet. When my mother was alive, she would answer the door and tell them I was working, and the probation officer would go to work to check on me. But after she died, they never checked to see if I was at work when I didn't answer the door. It seems like they would just come to my house, and if I didn't hear the door, or if I was at work, they just left. Sometimes they left a door tag on the door, but neighbors sometimes took these and threw them away.

18.    I have cases in Cobb County and in Cherokee County, but I don't understand the difference between these cases. I think my case should just be transferred to Cobb County, where I have lived and worked since 2014. But the transfer never happened, and I don't know how to change that.

19.    When the probation officers put door tags on my door, they told me to go to the probation office in Cherokee County, even though I lived in Marietta, in Cobb County. That's a long journey, and I didn't have money or any way to get there. It costs $100 to go back and forth from Marietta to Canton. This is a lot of money for me. I don't think it's fair that I had to report to an office so far away just because I can't hear when the probation officer knocks on my door.

20.    Sometimes the probation officer used VRI to communicate with me, but sometimes they didn't. It was better when they used VRI, but they didn't always use it. Sometimes the officer would turn off his body camera and start speaking with me without VRI.

21.    In March 2021, after my mother died, the probation officer came to my house and used VRI on a small screen. We were outside, and it was dark out. I was happy to have the VRI, but it was hard to see the interpreter, and hard for the interpreter to see me. The officer seemed rushed and didn't seem to understand that you need some more time to communicate with an interpreter. The officer was cutting me off and ignoring me, then he took of. He didn't tell me when he was coming back again, and I didn't get all of the information I wanted from him, and didn't explain everything I wanted to explain.

22.    No one ever asked if VRI was ok for me, or if I needed an in-person interpreter. I don't like using VRI on such a small screen. It's hard to see. An in-person interpreter would be much clearer. Or even a VRI on a bigger screen, and with enough time to communicate clearly, to ask questions and get answers to my questions.

23.    After my mother died, I had a lot of big problems in other parts of my life, too. I did not know how to do a lot of things that my mother helped with, like

paying bills, or getting help with my grief, or getting help with food, or how to make sure I stayed in my house. I think the probation officer knew I was struggling, but they never offered any help. They just told me I had to deal with everything myself. I had no idea that I could ask them for help with anything.

24.     I was arrested in September 2021 and spent 60 days in jail because I didn't register at the sheriff's office.

25.     Then I was arrested again in November 2021, but I think that was a mistake. There were a lot of reasons listed for that arrest, but a lot of them were mistakes or connected to communication problems. I had already gone to Cobb County to register at the sheriff's office when I was arrested in November. I thought I had done it on time, but they said I was too late. I had appointments scheduled for a polygraph test and for treatment, but I didn't get a chance to show this to the probation officer before I was arrested.

26.     I think another part of the reason for my arrest in November was the times that I didn't hear the officer knocking or I was at work. The officer said he called me and I didn't call back, but I can't use a standard telephone because I am deaf, and I don't have a videophone. Another part of the reason for the arrest was that I hadn't provided proof of employment, but I had that proof, I just didn't have a chance to show it to the probation officer, because I didn't hear when he knocked.

27.    In February 2022, a probation officer came to see me in jail to sign a paper. He used VRI on a small phone screen, but the officer was talking fast and I didn't understand everything. He didn't stop or slow down for the interpreter to follow, and I didn't have a chance to ask any questions or explain anything. He gave me a paper to sign but didn't read it out loud for the interpreter to interpret. It looked like he was adding another charge in Cobb County, but it seems like it's for the same thing as in Cherokee. I wanted to ask about what that meant, but the officer didn't let me ask questions. Then he gave me a paper to sign. He didn't tell me what was in the paper to sign, he just told me to sign it.

28.    There have been other times when the probation officer has used VRI but asked me to sign papers without explaining what's in the paper. When the lawyers for this case came to visit me today, I learned for the first time that some of the papers I have signed were waivers of a revocation hearing. I cannot read the complicated legal words and pages they give me and didn't know I was giving up those rights. Even when the officers used VRI, the probation officer never read the words on the page for the interpreter to interpret for me.

29.    I have been in jail since about November 2021, but I'm very confused about what's happening and I didn't get a chance to explain myself.

30.     I promise that everything in this paper is true and correct. I know this is a serious paper. I know that I am signing this paper "under penalty of perjury" This means if I lie, I could get a new criminal charge for lying. I promise I am telling the truth.

31.     This paper was translated into ASL for me by Andrea K. Smith, a qualified and certified sign language interpreter.

Electronically signed this 18th day of June 2022 at the Cherokee County Jail, Canton Georgia,

*/s/ Vernon G. McCorkle*