# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **BRANDON COBB, MARY HILL, and JOSEPH NETTLES, on behalf of themselves and all others similarly situated,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**GEORGIA DEPARTMENT OF COMMUNITY SUPERVISION, and MICHAEL NAIL, in his official capacity as Commissioner of the Georgia Department of Community Supervision,**<br><br>*Defendants.* | Civil Action No.<br>1:19-cv-03285-WMR<br><br>**CLASS ACTION** |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO PROVISIONALLY FILE UNDER SEAL CERTAIN DOCUMENTS

Before the Court is Plaintiffs' Motion for Leave to Provisionally File Under Seal Certain Documents Designated Confidential by Defendants. Having considered the motion, and finding that cause exists to grant the relief sought, it is hereby ORDERED as follows:

The motion is GRANTED.

Exhibits A–M to the Declaration of Zoe Brennan-Krohn in Support of Plaintiffs' Motion for Leave to Supplement Plaintiffs' Statement of Additional Material Facts are provisionally sealed pending Defendants' response seeking to establish good cause, if any, for sealing the aforementioned Exhibits and the Court's ruling thereon.

IT IS SO ODERED, this 13th day of July, 2022.

*/s/ William M. Ray II*

WILLIAM M. RAY II
Judge, United States District Court
Northern District of Georgia