# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BRANDON COBB, et al., etc.,<br><br>      Plaintiffs,<br><br>v.<br><br>GEORGIA DEPARTMENT OF COMMUNITY SUPERVISION, et al., etc.,<br><br>      Defendants. | CIVIL ACTION NO.<br><br>1:19-cv-03285-WMR |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

In accordance with Local Rule 56.1, Plaintiffs Brandon Cobb, Joseph Nettles, and Mary Hill respectfully request that the Court grant Plaintiffs leave to file a notice of supplemental authority in further support of their opposition to Defendants' motion for summary judgment (ECF No. 200), to apprise the Court of *Luke v. Texas et al.*, 2022 WL 3571872 (5th Cir. Aug. 19, 2022), attached as Exhibit B. The Fifth Circuit in this case confirmed that a deaf supervisee who was denied sign language interpreters during probation meetings had experienced a violation of the Americans with Disabilities Act (the "ADA"), even where there were no negative downstream

consequences from the interaction. Plaintiffs bring this case to the Court's attention because both the facts and arguments are similar to those at issue here.

In *Luke,* the Fifth Circuit reversed the district court's dismissal of claims by Cameron Luke, an individual who is deaf and requires a sign language interpreter for effective communication, against several entities, including the community supervision departments of two Texas counties, for failing to provide interpreters during his arrest, court proceedings, and subsequent term of probation. With respect to the probation departments, the Fifth Circuit held that not being able to understand a meeting with a probation officer in this context is *by definition* a violation of the ADA, and rejected the argument that plaintiff could not demonstrate a violation of the ADA because he had successfully completed his term of probation.

Specifically, the court held that:

> This no-harm-no-foul theory is inconsistent with the ADA. Nothing in the statute's text or the caselaw applying it requires Luke to have alleged a bad outcome— something like being wrongly arrested, getting his bail or probation revoked, or mistakenly entering a guilty plea because of confusion without an interpreter. And for good reason: Lack of meaningful access is itself the harm under Title II, regardless of whether any additional injury follows. Luke's Title II injury is not being able to understand the judges and probation officers as a nondeaf defendant would.

*Id.* at *3 (citations omitted).

Therefore, Plaintiffs respectfully request leave to file a notice of supplemental authority in opposition to Defendants' motion for summary judgment. A proposed order granting this motion is attached as Exhibit A.

Respectfully submitted this 23rd day of August 2022.

|  |  |
|---|---|
| Ian S. Hoffman, *pro hac vice*<br>Rebecca A. Caruso, *pro hac vice*<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Ave, NW<br>Washington, DC 20001<br>Phone: (202) 942-5000<br>Fax: (202) 942-5999<br>Ian.Hoffman@arnoldporter.com<br>Rebecca.Caruso@arnoldporter.com<br><br>Andrés M. López-Delgado,<br>GA State Bar No. 552876<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF GEORGIA, INC.<br>P.O. Box 77208<br>Atlanta, GA 30357<br>Phone: (732) 666-3300<br>Fax: (770) 303-0060<br>ADelgado@acluga.org<br><br>Claudia Center, *pro hac vice*<br>DISABILITY RIGHTS EDUCATION AND DEFENSE FUND<br>3075 Adeline St, Suite 210<br>Berkeley, CA 94703<br>Phone: (510) 644-2555<br>CCenter@dredf.org | /s/ *Tyler J. Fink*<br>Susan Mizner, *pro hac vice*<br>Zoe Brennan-Krohn, *pro hac vice*<br>Brian L. Dimmick, *pro hac vice*<br>West Resendes, *pro hac vice*<br>Talila A. Lewis, *pro hac vice*<br>AMERICAN CIVIL LIBERTIES UNION DISABILITY RIGHTS PROGRAM<br>39 Drumm Street<br>San Francisco, CA 94111<br>Phone: (415) 343-0781<br>Fax: (415) 395-0950<br>SMizner@aclu.org<br>ZBrennan-Krohn@aclu.org<br>BDimmick@aclu.org<br>WResendes@aclu.org<br>Talila.A.Lewis@gmail.com<br><br>Stephanna F. Szotkowski, *pro hac vice*<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>70 West Madison Street, Suite 4200<br>Chicago, Illinois 60602<br>Phone: (312) 583-2354<br>Fax: (312) 583-2591<br>Stephanna.Szotkowski@arnoldporter.com<br><br>Tyler J. Fink, *pro hac vice*<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Phone: (212) 836-8000<br>Fax: (212) 836-8689<br>Tyler.Fink@arnoldporter.com |

Brittany Shrader, *pro hac vice*
NATIONAL ASSOCIATION OF THE DEAF
LAW AND ADVOCACY CENTER
8630 Fenton Street, Suite 820
Silver Spring, MD 20910
Phone: (301) 587-2907
brittany.shrader@nad.org

*Attorneys for Plaintiffs*

## **CERTIFICATION OF COMPLIANCE**

I hereby certify that the typeface used herein is 14-point Times New Roman and that the motion is compliant with L.R. 5.1 and 7.1.

Respectfully submitted this 23rd day of August, 2022,

                                            */s/ Tyler J. Fink*
                                            Tyler J. Fink, *pro hac vice*
                                            ARNOLD & PORTER KAYE SCHOLER LLP
                                            250 West 55th Street
                                            New York, New York 10019
                                            Phone: (212) 836-8000
                                            Fax: (212) 836-8689
                                            Tyler.Fink@arnoldporter.com

# CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2022, I caused the foregoing Plaintiffs' Motion for Leave to File Notice of Supplemental Authority in Opposition to Defendants' Motion for Summary Judgment to be electronically filed with the Clerk of Court using the CM/ECF system.

Respectfully submitted this 23rd day of August 2022.

*/s/ Tyler J. Fink*
Tyler J. Fink, *pro hac vice*
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Phone: (212) 836-8000
Fax: (212) 836-8689
Tyler.Fink@arnoldporter.com
