# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 08, 2023

Beth Attaway Burton
Georgia Department of Law
Attorney General's Office
40 CAPITOL SQUARE SW
ATLANTA, GA 30334

Christopher Michael Carr
Georgia Department of Law
Attorney General's Office
40 CAPITOL SQUARE SW
ATLANTA, GA 30334

Tina Michelle Piper
Georgia Department of Law
Attorney General's Office
40 CAPITOL SQUARE SW
Room 220-A
ATLANTA, GA 30334

George Marvin Weaver
Hollberg & Weaver, LLP
2921 PIEDMONT RD NE STE C
ATLANTA, GA 30305

Appeal Number: 22-90017-A
Case Style: Georgia Department of Community Supervision, et al v. Brandon Cobb, et al
District Court Docket No: 1:19-cv-03285-WMR

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | |
|---|---|
| General Information | 404-335-6100 |
| New / Before Briefing Cases | 404-335-6135 |
| Cases in Briefing / After Opinion | 404-335-6130 |
| Cases Set for Oral Argument | 404-335-6141 |
| Capital Cases | 404-335-6200 |
| Attorney Admissions | 404-335-6122 |
| CM/ECF Help Desk | 404-335-6125 |

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-90017-A

_____

GEORGIA DEPARTMENT OF COMMUNITY SUPERVISION,
COMMISSIONER, GEORGIA DEPARTMENT OF COMMUNITY SUPERVISION,

                                                                                         Petitioners,

versus

BRANDON COBB,
MARY HILL,
JOSEPH NETTLES,

                                                                                         Respondents.

_____

Petition for Permission to Appeal from the
United States District Court for the Northern District of Georgia

_____

Before: WILSON, ROSENBAUM, and BRASHER, Circuit Judges.

ORDER:

      The Petition for Permission to Appeal pursuant to Federal Rule of Civil Procedure 23(f) is DENIED.