# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:19-cv-03285-WMR
### Cobb et al v. Georgia Department of Community Supervision et al
### Honorable Christopher C. Bly

Minute Sheet for proceedings held In Open Court on 7/24/2023.

TIME COURT COMMENCED: 8:40 A. M.
TIME COURT CONCLUDED: 6:05 P. M.   DEPUTY CLERK: James Jarvis
TIME IN COURT: 9:25
OFFICE LOCATION: Atlanta

**ATTORNEY(S) PRESENT:** Russell Britt, Tina Piper, and George Weaver representing Georgia Department of Community Supervision and Michael Nail

Brian Dimmick, Brittany Shrader, Stephanna Szotkowski, Tyler Fink, Andres Lopez-Delgado, and Westley Resendes, representing Brandon Cobb, Joseph Nettles, and Mary Hill

**PROCEEDING CATEGORY:** Settlement Conference

**MINUTE TEXT:** The parties reached an agreement on attorney's fees and anticipate submitting the entire settlement package to the district judge for approval within 45 days. Judge Bly terminated as the settlement judge.