# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:19-cv-03285-WMR
### Cobb et al v. Georgia Department of Community Supervision et al
### Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 05/02/2024.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 10:00 A.M.
TIME IN COURT: 00:30
OFFICE LOCATION: Atlanta
COURT REPORTER: Geraldine Glover
DEPUTY CLERK: Sherri Lundy

ATTORNEY(S) PRESENT: Tyler Fink representing Plaintiffs/George Weaver representing Defendants

PROCEEDING CATEGORY: Motion Hearing(Motion Hearing Non-evidentiary);

MINUTE TEXT: Court conducted the Final Fairness Hearing. Court will enter the proposed Order today.

HEARING STATUS: Hearing Concluded